**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

TECSPEC LLC, RICHARD ROSE, ROBERT
SENIA, and RALPH SCHLENKER,

           Plaintiffs,

  -against-

MICHAEL DONNOLO, JOSHUA DONNOLO,
JOHN MICHAEL LONG, BRAYA CONCEPTS
LLC, BRAYA MACHINE COMPANY LLC,
BRAYA SYSTEMS LLC, BRAYA VENTURES
LLC,

           Defendants.

---

**DECLARATION OF DAVID LOPEZ**

DAVID LOPEZ, of full age, hereby declares as follows:

1. I submit this declaration in support of Plaintiffs' Verified Complaint and Order to Show Cause requesting a temporary restraining order and preliminary injunction against Defendants. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. I have been employed by Tecspec, LLC ("Tecspec") for approximately five years. During all times relevant to this Declaration, I was employed by Tecspec as a piping assembly technician.

3. Approximately two and a half years ago, without any advance notice, defendant, Michael Donnolo ("M. Donnolo") called me and instructed me not to report for work because "it was not safe."

4. I found M. Donnolo's instruction odd, so I called plaintiff, Robert Senia ("Mr. Senia"), to ask him about what was occurring. Mr. Senia informed me that M. Donnolo was

demanding an increased share of ownership in Tecspec and that M. Donnolo was instructing employees of Tecspec to not report for work in order gain leverage with respect to his demand.

5. After speaking to Mr. Senia, I refused to abide by M. Donnolo's instruction, and I reported for work at Tecspec.

6. Following these events, I understood that M. Donnolo and the other members of Tecspec reached some sort of resolution relative to M. Donnolo's demands, however I was not made aware of the details. After this resolution was reached, everyone returned to work at TecSpec.

7. Over time, M. Donnolo, Joshua Donnolo ("J. Donnolo"), and John Michael Long ("Long"), began appearing for work TecSpec offices less frequently.

8. Eventually, M. Donnolo and J. Donnolo became completely absent from the facility.

9. Long would appear at Tecspec's facility at approximately 11:00 am, would stay for lunch, and then leave. I also noticed that on many occasions, Long would appear for work with an empty backpack and would leave the facility with it full of components and tools belonging to Tecspec.

10. More recently, I began to notice that orders for raw materials that we were not using for Tecspec jobs were being delivered to Tecspec's facility and that they would subsequently go missing.

11. On Mondays, I would also notice metal shavings and other evidence that work was being performed at Tecspec's facility over the weekend, when the shop was closed.

12. I also became aware that Tecspec's truck was being used over the weekend by Long for purposes other than for Tecspec business.

3

13. When I asked M. Donnolo, J. Donnolo, and/or Long about each of these incidences, I was repeatedly told to "mind my own business" and "not to worry about it."

14. Eventually, I reported what I witnessed to Mr. Senia who informed me that he would investigate.

## **DECLARATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
DAVID LOPEZ

DATED: October 24, 2024