UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECSPEC LLC et al., <br><br> Plaintiffs, <br><br> -v.- <br><br> MICHAEL DONNOLO et al., <br><br> Defendants. | 24 Civ. 8077 (JHR) <br><br> <u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

On October 24, 2024, Plaintiffs filed the above-captioned action and moved by order to show cause for a temporary restraining order and preliminary injunction *See* ECF No. 10. On **October 30, 2024** at **2:45 p.m.**, the parties shall appear for a telephone conference regarding Plaintiffs' application for emergency relief. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 140 843 431#. Members of the public may call the same number but will not be permitted to speak during the conference.

By **October 26, 2024**, Plaintiffs shall serve on Defendants by email a copy of this Order.[1] By **October 28, 2024**, Defendants shall file any opposition to Plaintiffs' application. By **October 29, 2024** at **4:00 p.m.**, Plaintiffs shall file any reply.

The parties shall meet and confer as soon as possible to negotiate interim relief that may obviate the need for the conference and for a Court order.

SO ORDERED.

Dated: October 25, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

---

[1] Email service is authorized only for this Order. Plaintiffs are required to serve the Summons and Complaint on Defendants in accordance with Federal Rule of Civil Procedure 4 or to seek appropriate relief.