UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECSPEC LLC, RICHARD ROSE, ROBERT SENIA, and RALPH SCHLENKER,<br><br>Plaintiffs,<br><br>- against -<br><br>MICHAEL DONNOLO, JOSHUA DONNOLO, JOHN MICHAEL LONG, BRAYA CONCEPTS LLC, BRAYA MACHINE COMPANY LLC, BRAYA SYSTEMS LLC, BRAYA VENTURES LLC, ABC CORPORATIONS 1-10,<br><br>Defendants. | Case No. 1:24-cv-08077-JHR<br><br>**DECLARATION OF KEVIN KERR** |

**Kevin Kerr**, states the following as true and accurate, under penalty of perjury:

1. I am a non-party witness, as such, submit the following which I know to be true on my own personal knowledge.

2. I submit the following in opposition to Plaintiffs' motion seeking a temporary restraining order and preliminary injunction ("Plaintiffs' Motion").

3. On or about June 11, 2024, Plaintiff Rich Rose disclosed that "he knew Mike was competing with [Tecspec]".

**DECLARATION**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2024.



Kevin Kerr