**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

TECSPEC LLC, RICHARD ROSE, ROBERT SENIA, and RALPH SCHLENKER,

          Plaintiffs,

-against-

MICHAEL DONNOLO, JOSHUA DONNOLO, JOHN MICHAEL LONG, BRAYA CONCEPTS LLC, BRAYA MACHINE COMPANY LLC, BRAYA SYSTEMS LLC, BRAYA VENTURES LLC,

          Defendant(s).

---

Case No. 1:24-cv-08077-JHR

**DECLARATION OF ROBERT SENIA**

ROBERT SENIA, of full age, hereby declares as follows:

1.    I am a named plaintiff in the above-captioned matter and submit this declaration in support of Plaintiffs' Verified Complaint and Order to Show Cause requesting a temporary restraining order and preliminary injunction against Defendants. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2.    Adam Cannizaro ("Cannizaro") is a salesperson that has been employed by SRS Enterprises, Inc. ("SRS") for over thirteen years. Mr. Cannizaro has been in contact with John Anthes ("Anthes") who is a principal of P&A Consulting Engineers, LLC. As part of his business, Anthes is retained by Operating Engineers and building owners to serve as a Consulting Design Engineer. Anthes is regularly retained as a Consulting Design Engineer in connection with HVAC projects at large commercial and residential buildings in New York City.

**200 Park Avenue**

3.      I was informed by Cannizaro that prior to the Covid-19 pandemic, in or around 2020, Mr. John Anthes was retained by the Operating Engineer at 200 Park Avenue, New York, New York to conduct a study to determine available options for new replacement HVAC units for the building.

4.      Anthes told Cannizaro that as part of the study he conducted, he researched Tecspec LLC's (Tecspec) HVAC unit as a potential replacement unit to be used at 200 Park Avenue. He further explained that his primary point of contact at Tecspec for this potential job was Michael Donnolo.

5.      As part of Anthes' research, he conducted a tour of Tecspec's factory and received sample components. Anthes informed Cannizaro that he was impressed with Tecspec's product and their facility and, ultimately, recommended that Tecspec be selected as a manufacturer to provide the replacement HVAC units to be installed at 200 Park Avenue.

6.      Attached as **Exhibit A** are emails that reflect Tecspec's efforts to sell HVAC units to the owner of 200 Park Avenue, New York, New York during 2021 and 2022.

7.      During the Covid-19 pandemic the project at 200 Park Avenue went dormant and the job was not awarded at that time.

8.      Cannizaro was told by Anthes that within the past few months, he was informed by the Operating Engineer at 200 Park Avenue that Michael Donnolo had returned to the project but with a "new company name." That name was "Braya."

9.      Anthes also told Cannizaro that within just the past few days, he learned that Braya (specifically Michael and Josh Donnolo) has installed and is in the process of installing

2

replacement HVAC units at 200 Park Avenue that have been manufactured by Braya.  The following is a picture of Braya HVAC units installed at 200 Park Avenue:



**730 Third Avenue – Teachers' Insurance Building**

10.     Cannizaro was also told by Anthes that similar to 200 Park Avenue, he was previously retained as a Consulting Design Engineer by the Operating Engineer and owner of 730 Third Avenue, New York, New York to conduct a study to determine available options for new replacement HVAC units for the building.

11.     In connection with Mr. Anthes' work for 730 Third Avenue, Cannizaro was informed that Anthes was familiar with the fact that Tecspec was selected as a manufacturer to provide replacement HVAC units at the building.  Anthes informed Cannizaro that he was aware that Tecspec provided many HVAC units to the building which are currently installed.

12.     Finally, Cannizaro was informed by Mr. Anthes that he was recently informed by the Operating Engineer for 730 Third Avenue that an additional five floors of the building require replacement HVAC units.  The Operating Engineer informed Anthes that Braya has provided units

for one of those floors and is in the process of manufacturing additional units for the four other floors.

13. Contrary to the representations made by Defendants, Tecspec did in fact sell numerous HVAC units to the owner of 730 Park Avenue totaling over $800,000.00.

14. Attached as **Exhibit B** is a true and accurate copy of a proposal submitted by Tecspec, LLC ("Tecspec") to provide HVAC units to 730 Third Avenue, New York, New York, dated March 22, 2022.

15. Attached as **Exhibit C** are true and accurate copies of various purchase orders for HVAC units to be delivered to 730 Third Avenue. These purchase orders were submitted to Tecspec by Cushman & Wakefield and total hundreds of thousands of dollars. The purchase orders range in dates from May of 2022 through February of 2023.

16. Attached as **Exhibit D** are true and accurate copies of invoices issued by Tecspec to Cushman & Wakefield for HVAC units that were supplied to 730 Third Avenue. These invoices total hundreds of thousands of dollars and range in dates from April 2022 through September 2023.

17. Attached as **Exhibit E** is summary of invoices and payments for HVAC units that Tecspec sold to Cushman and & Wakefield for HVAC and that were supplied to 730 Third Avenue. The payments received by Tecspec from Cushman & Wakefield total hundreds of thousands of dollars.

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2024.

_____
Robert Senia