# Exhibit A

**From:**                            Ryan Rothstein <rrothstein@srs-enterprises.com>
**Sent:**                             Tuesday, February 15, 2022 9:36 AM
**To:**                                 Kingston, Frank
**Cc:**                                 Adam Cannizzaro; John Anthes; Gormally, Michael; Mike Donnolo; Schnaufer, Christian
**Subject:**                      Re: 200 Park Ave Induction Units

Hi Frank,

Hope all is well.

I was in P&A's office last week speaking to John. We were wondering if you were able to select a location for an Induction Unit mockup?

Please let me know when you have a chance

Thanks

Ryan Rothstein


## SRS Enterprises Inc.

[www.srs-enterprises.com](http://www.srs-enterprises.com)

Cell Phone: 937.344.5956


New Jersey Office
14 Leonardville Rd.
Middletown, NJ 07748

Brooklyn Office
2711 Harway Avenue
Brooklyn, NY 11214



On Jan 10, 2022, at 9:17 AM, Ryan Rothstein <rrothstein@srs-enterprises.com> wrote:

Good morning Frank,

Hope you are doing well.

I wanted to touch base to see if you were able top select a location for this mockup.

Once you do so, we can send some selections over for the replacement units for you to compare capacity and sound etc.

Let me know

Thanks

Ryan Rothstein

## SRS Enterprises Inc.

www.srs-enterprises.com

Cell Phone: 937.344.5956

New Jersey Office
14 Leonardville Rd.
Middletown, NJ 07748

Brooklyn Office
2711 Harway Avenue
Brooklyn, NY 11214

On Dec 21, 2021, at 8:25 AM, Kingston, Frank <FKingsto@TishmanSpeyer.com> wrote:

Ryan,

Attached is the list of original units. I will let you know when we are ready to do something.

Thanks,
Frank

**From:** Ryan Rothstein <rrothstein@srs-enterprises.com>
**Sent:** Tuesday, December 21, 2021 7:55 AM
**To:** Kingston, Frank <FKingsto@TishmanSpeyer.com>
**Cc:** Adam Cannizzaro <acannizzaro@srs-enterprises.com>; John Anthes
<john.anthes@pattianthes.com>; Gormally, Michael <MGormall@TishmanSpeyer.com>;
Mike Donnolo <mike@tecspeceng.com>
**Subject:** [EXT] Re: 200 Park Ave Induction Units

Good morning Frank,

Just wanted to thank you again for taking the time to meet with us yesterday.

As discussed, I have attached the Tecspec Induction Unit catalog and a screenshot of the low-boy vs. standard height dimensions. L comes in four nominal sizes (24, 30, 40, and 48 inches), but we can also accommodate custom lengths if required.

After the holiday, when you and your team are ready, please let us know the exact location for a mockup bay and how which unit styles you want to include.

In the mean time, if available, would you be able to send the original equipment schedule. This way we can put together some capacity data for you to compare.

Thanks again and have a great Christmas,

2

Ryan Rothstein

## SRS Enterprises Inc.

www.srs-enterprises.com

Cell Phone: 937.344.5956

New Jersey Office
14 Leonardville Rd.
Middletown, NJ 07748

Brooklyn Office
2711 Harway Avenue
Brooklyn, NY 11214

<image001.png>

On Dec 17, 2021, at 12:15 PM, Kingston, Frank <FKingsto@TishmanSpeyer.com> wrote:

Front desk they will call me when you get here

Frank

**From:** Ryan Rothstein <rrothstein@srs-enterprises.com>
**Sent:** Friday, December 17, 2021 11:43:22 AM
**To:** Kingston, Frank <FKingsto@TishmanSpeyer.com>
**Cc:** Adam Cannizzaro <acannizzaro@srs-enterprises.com>; John Anthes <john.anthes@pattianthes.com>; Gormally, Michael <MGormall@TishmanSpeyer.com>; Mike Donnolo <mike@tecspeceng.com>
**Subject:** [EXT] Re: 200 Park Ave Induction Units

Frank,

Sounds like a plan.

Should we come to loading dock or front desk?

Let me know

Thanks,

Ryan Rothstein

## SRS Enterprises Inc.

[www.srs-enterprises.com](www.srs-enterprises.com)

Cell Phone: 937.344.5956

New Jersey Office
14 Leonardville Rd.
Middletown, NJ 07748

Brooklyn Office
2711 Harway Avenue
Brooklyn, NY 11214

On Dec 17, 2021, at 11:32 AM, Kingston, Frank <[FKingsto@TishmanSpeyer.com](FKingsto@TishmanSpeyer.com)> wrote:

Monday is good, after 12 before 3 is best for me.

**From:** Ryan Rothstein <[rrothstein@srs-enterprises.com](rrothstein@srs-enterprises.com)>
**Sent:** Friday, December 17, 2021 11:17 AM
**To:** Kingston, Frank <[FKingsto@TishmanSpeyer.com](FKingsto@TishmanSpeyer.com)>
**Cc:** Adam Cannizzaro <[acannizzaro@srs-enterprises.com](acannizzaro@srs-enterprises.com)>; John Anthes <[john.anthes@pattianthes.com](john.anthes@pattianthes.com)>; Gormally, Michael <[MGormall@TishmanSpeyer.com](MGormall@TishmanSpeyer.com)>; Mike Donnolo <[mike@tecspeceng.com](mike@tecspeceng.com)>
**Subject:** [EXT] Re: 200 Park Ave Induction Units

Frank

Does Monday afternoon work?

Let me know

Thanks


Ryan

Sent from my iPhone

4

On Dec 17, 2021, at 10:27 AM,
Kingston, Frank
<FKingsto@tishmanspeyer.com> wrote:

Next week one day can work let me
know

Frank

---

**From:** Ryan Rothstein <rrothstein@srs-enterprises.com>
**Sent:** Friday, December 17, 2021
9:41:58 AM
**To:** Adam Cannizzaro
<acannizzaro@srs-enterprises.com>
**Cc:** John Anthes
<john.anthes@pattianthes.com>;
Kingston, Frank
<FKingsto@TishmanSpeyer.com>;
Gormally, Michael
<MGormall@TishmanSpeyer.com>;
Mike Donnolo
<mike@tecspeceng.com>
**Subject:** [EXT] Re: 200 Park Ave
Induction Units

Good Morning all,

Tecspec would be thrilled to work on
this with your team.

Can we schedule a time ASAP to come
do a site survey for the area where you
want to do the install?

Let me know

Thanks

Ryan Rothstein

## SRS Enterprises Inc.

www.srs-enterprises.com

Cell Phone: 937.344.5956

New Jersey Office
14 Leonardville Rd.
Middletown, NJ 07748

Brooklyn Office
2711 Harway Avenue
Brooklyn, NY 11214

On Dec 17, 2021, at
9:38 AM, Adam
Cannizzaro
<acannizzaro@srs-
enterprises.com>
wrote:

Good morning John,

Thank you for the email and
the introduction and I'm
looking forward to working
on this with you.

Frank and Mike, please send
the information over at your
earliest convenience and we
will get started on this right
away.

Thank you
Adam

Sent from my iPhone

On Dec
17, 2021,
at 8:33
AM, John
Anthes
<john.ant
hes@patt
ianthes.c
om>
wrote:

Adam,

As
discuss
ed
yesterd
ay,
Tishma
n
Speyer
is
looking
to
install
TecSpe

6

c induction units in an area on 1 floor at 200 Park Avenue as a trial case. I am copying the Chief and Assistant Chief Engineer to get the PO process started as well as submittals.

Frank, Mike: Please provide Adam with the details needed for your order (length, quantity, etc.).

**John A. Anthes, P.E.**
Principal

**P&A** Consulting Engineers, PLLC
19 West 21st Street,

Suite
705
New
York,
NY
10010

o:
917.47
0.9519
ext. 403
d:
917.47
0.9653
m:
732.77
8.5311
e: john.
anthes
@pattia
nthes.c
om


<Atmosphere Induction Unit Catalog.pdf><as built induction unit spec 1962.xlsx>

| | |
|---|---|
| **From:** | Kingston, Frank <FKingsto@TishmanSpeyer.com> |
| **Sent:** | Tuesday, December 21, 2021 8:26 AM |
| **To:** | Ryan Rothstein |
| **Cc:** | Adam Cannizzaro; John Anthes; Gormally, Michael; Mike Donnolo; Schnaufer, Christian |
| **Subject:** | RE: 200 Park Ave Induction Units |
| **Attachments:** | Atmosphere Induction Unit Catalog.pdf; as built induction unit spec 1962.xlsx |

Ryan,

Attached is the list of original units. I will let you know when we are ready to do something.

Thanks,
Frank

---

**From:** Ryan Rothstein <rrothstein@srs-enterprises.com>
**Sent:** Tuesday, December 21, 2021 7:55 AM
**To:** Kingston, Frank <FKingsto@TishmanSpeyer.com>
**Cc:** Adam Cannizzaro <acannizzaro@srs-enterprises.com>; John Anthes <john.anthes@pattianthes.com>; Gormally, Michael <MGormall@TishmanSpeyer.com>; Mike Donnolo <mike@tecspeceng.com>
**Subject:** [EXT] Re: 200 Park Ave Induction Units

Good morning Frank,

Just wanted to thank you again for taking the time to meet with us yesterday.

As discussed, I have attached the Tecspec Induction Unit catalog and a screenshot of the low-boy vs. standard height dimensions. L comes in four nominal sizes (24, 30, 40, and 48 inches), but we can also accommodate custom lengths if required.

After the holiday, when you and your team are ready, please let us know the exact location for a mockup bay and how which unit styles you want to include.

In the mean time, if available, would you be able to send the original equipment schedule. This way we can put together some capacity data for you to compare.

Thanks again and have a great Christmas,

Ryan Rothstein

## SRS Enterprises Inc.

www.srs-enterprises.com

Cell Phone: 937.344.5956

New Jersey Office
14 Leonardville Rd.
Middletown, NJ 07748

Brooklyn Office
2711 Harway Avenue
Brooklyn, NY 11214

## STANDARD HEIGHT



On Dec 17, 2021, at 12:15 PM, Kingston, Frank <FKingsto@TishmanSpeyer.com> wrote:

Front desk they will call me when you get here

Frank

---

**From:** Ryan Rothstein <rrothstein@srs-enterprises.com>
**Sent:** Friday, December 17, 2021 11:43:22 AM
**To:** Kingston, Frank <FKingsto@TishmanSpeyer.com>
**Cc:** Adam Cannizzaro <acannizzaro@srs-enterprises.com>; John Anthes <john.anthes@pattianthes.com>; Gormally, Michael <MGormall@TishmanSpeyer.com>; Mike Donnolo <mike@tecspeceng.com>
**Subject:** [EXT] Re: 200 Park Ave Induction Units

Frank,

Sounds like a plan.

Should we come to loading dock or front desk?

Let me know

Thanks,

Ryan Rothstein


# SRS Enterprises Inc.

www.srs-enterprises.com

Cell Phone: 937.344.5956


New Jersey Office
14 Leonardville Rd.
Middletown, NJ 07748

Brooklyn Office
2711 Harway Avenue
Brooklyn, NY 11214


On Dec 17, 2021, at 11:32 AM, Kingston, Frank <FKingsto@TishmanSpeyer.com> wrote:

Monday is good, after 12 before 3 is best for me.

---

**From:** Ryan Rothstein <rrothstein@srs-enterprises.com>
**Sent:** Friday, December 17, 2021 11:17 AM
**To:** Kingston, Frank <FKingsto@TishmanSpeyer.com>
**Cc:** Adam Cannizzaro <acannizzaro@srs-enterprises.com>; John Anthes <john.anthes@pattianthes.com>; Gormally, Michael <MGormall@TishmanSpeyer.com>; Mike Donnolo <mike@tecspeceng.com>
**Subject:** [EXT] Re: 200 Park Ave Induction Units

Frank

Does Monday afternoon work?

Let me know

Thanks

Ryan

Sent from my iPhone

> On Dec 17, 2021, at 10:27 AM, Kingston, Frank <FKingsto@tishmanspeyer.com> wrote:
>
> Next week one day can work let me know
>
> Frank
>
> ---
>
> **From:** Ryan Rothstein <rrothstein@srs-enterprises.com>
> **Sent:** Friday, December 17, 2021 9:41:58 AM
> **To:** Adam Cannizzaro <acannizzaro@srs-enterprises.com>
> **Cc:** John Anthes <john.anthes@pattianthes.com>; Kingston, Frank <FKingsto@TishmanSpeyer.com>; Gormally, Michael <MGormall@TishmanSpeyer.com>; Mike Donnolo <mike@tecspeceng.com>
> **Subject:** [EXT] Re: 200 Park Ave Induction Units
>
> Good Morning all,
>
> Tecspec would be thrilled to work on this with your team.
>
> Can we schedule a time ASAP to come do a site survey for the area where you want to do the install?
>
> Let me know
>
> Thanks
>
> Ryan Rothstein
>
> ## SRS Enterprises Inc.
>
> www.srs-enterprises.com
>
> Cell Phone: 937.344.5956
>
> New Jersey Office
> 14 Leonardville Rd.

Middletown, NJ 07748

Brooklyn Office
2711 Harway Avenue
Brooklyn, NY 11214

On Dec 17, 2021, at 9:38 AM, Adam Cannizzaro <acannizzaro@srs-enterprises.com> wrote:

Good morning John,

Thank you for the email and the introduction and I'm looking forward to working on this with you.

Frank and Mike, please send the information over at your earliest convenience and we will get started on this right away.

Thank you
Adam


Sent from my iPhone

On Dec 17, 2021, at 8:33 AM, John Anthes <john.anthes@pattianthes.com> wrote:

Adam,

As discussed yesterday, Tishman Speyer is looking to install TecSpec induction units in an area on 1 floor at 200 Park Avenue as a trial case. I am copying the Chief and Assistant Chief Engineer to get the PO process started as well as submittals.

Frank, Mike: Please provide Adam with the details needed for your order (length, quantity, etc.).

**John A. Anthes, P.E.**
Principal

**P&A** Consulting Engineers, PLLC
19 West 21st Street, Suite 705
New York, NY 10010

o: 917.470.9519 ext. 403
d: 917.470.9653
m: 732.778.5311
e: john.anthes@pattianthes.com

# Exhibit B



## 730 Third Avenue

To:      **Cushman & Wakefield**

Attn:    Joe Bruno

From:    Arben Hodzic

| | |
|---|---|
| Revision Number | 01 |
| Addendum Number | N/A |
| Title Block Name | **N/A** |
| | |
| Pages | **2** |

150 Saint Charles
Street
Building 5C

sales@tecspeceng.com

tecspeceng.com



150 Saint Charles Street, Bldg. 5C
Newark, NJ 07105
sales@tecspeceng.com
tecspeceng.com

# Proposal

3/22/2022

| | |
|---|---|
| Customer | **Cushman & Wakefield** |
| | Attn: Joe Bruno |
| | 730 Third Avenue |
| | New York, NY 10017 |
| Job Name | **730 Third Avenue** |
| Job Location | **730 Third Avenue** |
| Engineer | |
| Quotation # | **1301-05** |
| Revision Number | OO |
| Addendum Number | N/A |
| Title Block Name | **N/A** |
| Delivery Terms | **FOB Factory / FFA** |
| Terms of Payment | **20% Down Payment, Balance 30 day Net** |

*See attached terms and conditions of
sale upon which this proposal is based*

We are pleased to propose the following equipment

Item A (22) TecSpec Air Induction Units as follows:

Location, tagging, configuration
(2) Units to be installed in selected bay (TecSpec factory to survey)

Construction
Extruded Aluminum Construction – Ultra Low-leak design
Solid Aluminum Discharge Nozzles – Quietest operation

Controls
Integral condensate pan with condensate sensor
System Optimized Valve (SoV) with pressure independent valve body
VAV primary air volume controller
Return air temperature sensor
Standalone operation

Included Accessories
-High performance Acoustical Air Duct – Length as required
-Air Hose clamps
-Interconnecting wiring, daisy chains to each unit from power supply
-Adjustable Floor Stands



150 Saint Charles Street, Bldg. 5C
Newark, NJ 07105
sales@tecspeceng.com
tecspeceng.com

-Pre-insulated piping provided for lengths in between units

Warranty
Standard 5-year parts only warranty

Not Included: Installation – electrical, mechanical, or labor, Pneumatic work, External/Additional balancing dampers, Field commissioning, Spare parts, Discharge grilles, Diffusers, BIM related work, Air and water balancing, Service contract

Total delivered price for Item A (Taxes not included):  $70,000.00

**All warranties covered in the above proposal are based on factory ship dates, dates of substantial completion are not acceptable to Tecspec unless a written exception is made.  No Labor Warranty Included. Freight quotations do not include offloading and/or lift gates unless specifically noted.**

**Thank you for considering Tecspec. for the above referenced project.  We are looking forward to working with you. If you have any questions regarding this proposal please contact your salesperson.**

# Exhibit C

| STATUS | | | | PO DATE | PO NUMBER |
|---|---|---|---|---|---|
| RELEASED | | | | 05/23/2022 | ca109201052022152840 |



**TO**
TECSPEC
Vendor ID: v0078957
PO BOX 5218
NEWARK, NJ 07105
United States

**BILL TO**
.
ca109201 - 730 Third Avenue
NXS #: v0078957 - ca109201
730 Third Avenue
New York, NY 10017

**SHIP TO**
.
ca109201 - 730 Third Avenue
730 Third Avenue
New York, NY 10017

Purchase order number MUST appear on ALL invoices. See restrictions on Purchase Order below.
Please notify us immediately if you are unable to ship order by date specified.

| Line # | QTY | Description | Item Price | Amount |
|---|---|---|---|---|
| 1 | 1 | 12thFl. Induction units +controller +tax | $115,516.38 | $115,516.38 |
| | | | **SALES TAX** | $0.00 |
| | | | **SHIPPING** | $0.00 |
| | | | **TOTAL** | $115,516.38 |

A Purchase Order may only be used (1) in conjunction with
a current, fully executed service contract for any instance
when services are provided or a Service Provider is

| STATUS | | PO DATE | PO NUMBER |
|---|---|---|---|
| RELEASED | | 02/16/2023 | ca109201022023155084 |



**TO**
TECSPEC
Vendor ID: v0078957
PO BOX 5218
NEWARK, NJ 07105
United States

**BILL TO**
.
ca109201 - 730 Third Avenue
NXS #: v0078957 - ca109201
730 Third Avenue
New York, NY 10017

**SHIP TO**
.
ca109201 - 730 Third Avenue
730 Third Avenue
New York, NY 10017

Purchase order number MUST appear on ALL invoices. See restrictions on Purchase Order below.
Please notify us immediately if you are unable to ship order by date specified.

| Line # | QTY | Description | Item Price | Amount |
|---|---|---|---|---|
| 1 | 1 | (19) TecSpec Air Induction Unit 16th FL | $67,230.31 | $67,230.31 |
| | | | **SALES TAX** | $0.00 |
| | | | **SHIPPING** | $0.00 |
| | | | **TOTAL** | $67,230.31 |

A Purchase Order may only be used (1) in conjunction with     Page **1** of **1**
a current, fully executed service contract for any instance
when services are provided or a Service Provider is

| STATUS | | PO DATE | PO NUMBER |
|---|---|---|---|
| RELEASED | | 02/08/2023 | ca109201022023155017 |



**TO**
TECSPEC
Vendor ID: v0078957
PO BOX 5218
NEWARK, NJ 07105
United States

**BILL TO**
.
ca109201 - 730 Third Avenue
NXS #: v0078957 - ca109201
730 Third Avenue
New York, NY 10017

**SHIP TO**
.
ca109201 - 730 Third Avenue
730 Third Avenue
New York, NY 10017

Purchase order number MUST appear on ALL invoices. See restrictions on Purchase Order below.
Please notify us immediately if you are unable to ship order by date specified.

| Line # | QTY | Description | Item Price | Amount |
|---|---|---|---|---|
| 1 | 1 | 17th fl TecSpec Air Induction Unit | $68,781.78 | $68,781.78 |
| | | | **SALES TAX** | $0.00 |
| | | | **SHIPPING** | $0.00 |
| | | | **TOTAL** | $68,781.78 |

A Purchase Order may only be used (1) in conjunction with
a current, fully executed service contract for any instance
when services are provided or a Service Provider is

| STATUS | | PO DATE | PO NUMBER |
|---|---|---|---|
| RELEASED | | 02/08/2023 | ca109201022023155016 |



**TO**
TECSPEC
Vendor ID: v0078957
PO BOX 5218
NEWARK, NJ 07105
United States

**BILL TO**
.
ca109201 - 730 Third Avenue
NXS #: v0078957 - ca109201
730 Third Avenue
New York, NY 10017

**SHIP TO**
.
ca109201 - 730 Third Avenue
730 Third Avenue
New York, NY 10017

Purchase order number MUST appear on ALL invoices. See restrictions on Purchase Order below.
Please notify us immediately if you are unable to ship order by date specified.

| Line # | QTY | Description | Item Price | Amount |
|---|---|---|---|---|
| 1 | 1 | 18th fl TecSpec Air Induction Units | $54,301.41 | $54,301.41 |
| | | | **SALES TAX** | $0.00 |
| | | | **SHIPPING** | $0.00 |
| | | | **TOTAL** | $54,301.41 |

A Purchase Order may only be used (1) in conjunction with          Page **1** of **1**
a current, fully executed service contract for any instance
when services are provided or a Service Provider is

| STATUS | | | PO DATE | PO NUMBER |
|---|---|---|---|---|
| RELEASED | | | 04/25/2023 | ca109201042023155668 |



**TO**
TECSPEC
Vendor ID: v0078957
PO BOX 5218
NEWARK, NJ 07105
United States

**BILL TO**
.
ca109201 - 730 Third Avenue
NXS #: v0078957 - ca109201
730 Third Avenue
New York, NY 10017

**SHIP TO**
.
ca109201 - 730 Third Avenue
730 Third Avenue
New York, NY 10017

| Line # | QTY | Description | Item Price | Amount |
|---|---|---|---|---|
| 1 | 1 | 19th floor TecSpec Air Induction Units | $70,768.75 | $70,768.75 |
| | | | SALES TAX | $0.00 |
| | | | SHIPPING | $0.00 |
| | | | TOTAL | $70,768.75 |

| STATUS | | PO DATE | PO NUMBER |
|---|---|---|---|
| RELEASED | | 10/11/2022 | ca109201102022154007 |



**TO**
TECSPEC
Vendor ID: v0078957
PO BOX 5218
NEWARK, NJ 07105
United States

**BILL TO**
.
ca109201 - 730 Third Avenue
NXS #: v0078957 - ca109201
730 Third Avenue
New York, NY 10017

**SHIP TO**
.
ca109201 - 730 Third Avenue
730 Third Avenue
New York, NY 10017

Purchase order number MUST appear on ALL invoices. See restrictions on Purchase Order below.
Please notify us immediately if you are unable to ship order by date specified.

| Line # | QTY | Description | Item Price | Amount |
|---|---|---|---|---|
| 1 | 1 | 24h fl Induction Units | $66,500.00 | $66,500.00 |
| | | | **SALES TAX** | $0.00 |
| | | | **SHIPPING** | $0.00 |
| | | | **TOTAL** | $66,500.00 |

A Purchase Order may only be used (1) in conjunction with
a current, fully executed service contract for any instance
when services are provided or a Service Provider is

| STATUS | | | PO DATE | PO NUMBER |
|---|---|---|---|---|
| RELEASED | | | 06/08/2023 | ca109201062023156053 |



**TO**
TECSPEC
Vendor ID: v0078957
PO BOX 5218
NEWARK, NJ 07105
United States

**BILL TO**
.
ca109201 - 730 Third Avenue
NXS #: v0078957 - ca109201
730 Third Avenue
New York, NY 10017

**SHIP TO**
.
ca109201 - 730 Third Avenue
730 Third Avenue
New York, NY 10017

| Line # | QTY | Description | Item Price | Amount |
|---|---|---|---|---|
| 1 | 1 | 25th floor induction units | $65,000.00 | $65,000.00 |
| | | | SALES TAX | $0.00 |
| | | | SHIPPING | $0.00 |
| | | | TOTAL | $65,000.00 |

| STATUS | | | | PO DATE | PO NUMBER |
|---|---|---|---|---|---|
| RELEASED | | | | 02/16/2023 | ca109201022023155083 |



**TO**
TECSPEC
Vendor ID: v0078957
PO BOX 5218
NEWARK, NJ 07105
United States

**BILL TO**
.
ca109201 - 730 Third Avenue
NXS #: v0078957 - ca109201
730 Third Avenue
New York, NY 10017

**SHIP TO**
.
ca109201 - 730 Third Avenue
730 Third Avenue
New York, NY 10017

Purchase order number MUST appear on ALL invoices. See restrictions on Purchase Order below.
Please notify us immediately if you are unable to ship order by date specified.

| Line # | QTY | Description | Item Price | Amount |
|---|---|---|---|---|
| 1 | 1 | (20) TecSpec Air Induction Units 27th fl | $70,768.75 | $70,768.75 |
| | | | **SALES TAX** | $0.00 |
| | | | **SHIPPING** | $0.00 |
| | | | **TOTAL** | $70,768.75 |

A Purchase Order may only be used (1) in conjunction with
a current, fully executed service contract for any instance
when services are provided or a Service Provider is

# Exhibit D

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ  07105

billing@tecspecllc.com



# INVOICE

| BILL TO | | INVOICE | 1148 |
|---|---|---|---|
| CUSHMAN WAKEFIELD | | DATE | 04/18/2022 |
| C/O JASMINE CZARNECKI | | TERMS | Net 30 |
| 730 THIRD AVE | | DUE DATE | 05/18/2022 |
| NEW YORK, NY  10017 | | | |
| UNITED STATES | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/18/2022 | Induction Unit | 50% Down Payment | 0.50 | 73,180.00 | 36,590.00T |

12th Floor
23 Induction Units
Proposal Attached

| | |
|---|---|
| SUBTOTAL | 36,590.00 |
| TAX | 3,247.36 |
| TOTAL | 39,837.36 |
| PAYMENT | 39,837.36 |
| **BALANCE DUE** | **$0.00** |
| | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ  07105

billing@tecspecllc.com



# INVOICE

| BILL TO | | INVOICE | 1165 |
|---|---|---|---|
| CUSHMAN WAKEFIELD | | DATE | 07/22/2022 |
| C/O JASMINE CZARNECKI | | TERMS | Net 30 |
| 730 THIRD AVE | | DUE DATE | 08/21/2022 |
| NEW YORK, NY  10017 | | | |
| UNITED STATES | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/22/2022 | Induction Unit | BALANCE FLOOR 23 | 0.50 | 73,180.00 | 36,590.00T |

12th Floor

| | | |
|---|---|---|
| SUBTOTAL | | 36,590.00 |
| TAX | | 3,247.36 |
| TOTAL | | 39,837.36 |
| PAYMENT | | 39,837.36 |
| **BALANCE DUE** | | **$0.00** |
| | | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ  07105

billing@tecspecllc.com



# INVOICE

| BILL TO | | SHIP DATE | 10/13/2022 | INVOICE | 1178 |
|---|---|---|---|---|---|
| CUSHMAN WAKEFIELD | | | | DATE | 10/13/2022 |
| C/O JASMINE CZARNECKI | | | | TERMS | Net 30 |
| 730 THIRD AVE | | | | DUE DATE | 11/12/2022 |
| NEW YORK, NY  10017 | | | | | |
| UNITED STATES | | | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/13/2022 | Induction Unit | INDUCTION UNITS FOR 12TH FLOOR | 1 | 101,100.00 | 101,100.00T |

PER PO ca109201052022152840

| | | |
|---|---|---|
| SUBTOTAL | | 101,100.00 |
| TAX | | 8,972.63 |
| TOTAL | | 110,072.63 |
| PAYMENT | | 110,072.63 |
| BALANCE DUE | | **$0.00** |
| | | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ  07105

billing@tecspecllc.com



# INVOICE

| | | |
|---|---|---|
| BILL TO | SHIP DATE | 02/14/2023 |
| CUSHMAN WAKEFIELD | | |
| C/O JASMINE CZARNECKI | | |
| 730 THIRD AVE | | |
| NEW YORK, NY  10017 | | |
| UNITED STATES | | |

| | | |
|---|---|
| INVOICE | 1184 |
| DATE | 02/14/2023 |
| TERMS | Net 30 |
| DUE DATE | 03/16/2023 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/14/2023 | Induction Unit | INDUCTION UNITS FOR 21ST FLOOR | 1 | 66,500.00 | 66,500.00T |

PER PO ca109201102022154141

SHIPPING BOL AND PROOF OF DELIVERY ARE ATTACHED TO INVOICE

| | |
|---|---|
| SUBTOTAL | 66,500.00 |
| TAX | 5,901.88 |
| TOTAL | 72,401.88 |
| PAYMENT | 72,401.88 |
| **BALANCE DUE** | **$0.00** |
| | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ  07105

billing@tecspecllc.com



# INVOICE

| BILL TO | SHIP DATE | 02/22/2023 | INVOICE | 1185 |
|---|---|---|---|---|
| CUSHMAN WAKEFIELD | | | DATE | 02/22/2023 |
| C/O JASMINE CZARNECKI | | | TERMS | Net 30 |
| 730 THIRD AVE | | | DUE DATE | 03/24/2023 |
| NEW YORK, NY  10017 | | | | |
| UNITED STATES | | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/22/2023 | Induction Unit | INDUCTION UNITS FOR 22ND FLOOR | 1 | 59,850.00 | 59,850.00T |

PER PO ca109201102022154006

SHIPPING BOL AND PROOF OF DELIVERY ARE ATTACHED TO INVOICE

| | | |
|---|---|---|
| SUBTOTAL | | 59,850.00 |
| TAX | | 5,311.69 |
| TOTAL | | 65,161.69 |
| PAYMENT | | 65,161.69 |
| **BALANCE DUE** | | **$0.00** |
| | | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ  07105

billing@tecspecllc.com



# INVOICE

| BILL TO | | SHIP DATE | 03/09/2023 | INVOICE | 1186 |
|---|---|---|---|---|---|
| CUSHMAN WAKEFIELD | | | | DATE | 03/09/2023 |
| C/O JASMINE CZARNECKI | | | | TERMS | Net 30 |
| 730 THIRD AVE | | | | DUE DATE | 04/08/2023 |
| NEW YORK, NY  10017 | | | | | |
| UNITED STATES | | | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/22/2023 | Induction Unit | INDUCTION UNITS FOR 24TH FLOOR | 1 | 66,500.00 | 66,500.00T |

PER PO ca109201102022154007

SHIPPING BOL AND PROOF OF DELIVERY ARE ATTACHED TO INVOICE

| | | |
|---|---|---|
| SUBTOTAL | | 66,500.00 |
| TAX | | 5,901.88 |
| TOTAL | | 72,401.88 |
| PAYMENT | | 72,401.88 |
| BALANCE DUE | | **$0.00** |
| | | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ  07105

billing@tecspecllc.com



# INVOICE

| BILL TO | | SHIP DATE | 03/09/2023 | INVOICE | 1187 |
|---|---|---|---|---|---|
| CUSHMAN WAKEFIELD | | | | DATE | 03/09/2023 |
| C/O JASMINE CZARNECKI | | | | TERMS | Net 30 |
| 730 THIRD AVE | | | | DUE DATE | 04/08/2023 |
| NEW YORK, NY  10017 | | | | | |
| UNITED STATES | | | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/22/2023 | Induction Unit | INDUCTION UNITS FOR 18TH FLOOR | 1 | 54,301.41 | 54,301.41T |

PER PO ca109201022023155016

SHIPPING BOL AND PROOF OF DELIVERY ARE ATTACHED TO INVOICE

| | |
|---|---|
| SUBTOTAL | 54,301.41 |
| TAX | 4,819.25 |
| TOTAL | 59,120.66 |
| PAYMENT | 59,120.66 |
| **BALANCE DUE** | **$0.00** |
| | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ  07105

billing@tecspecllc.com



# INVOICE

| BILL TO | | | SHIP DATE | 03/09/2023 | INVOICE | 1188 |
|---|---|---|---|---|---|---|
| CUSHMAN WAKEFIELD | | | | | DATE | 03/09/2023 |
| C/O JASMINE CZARNECKI | | | | | TERMS | Net 30 |
| 730 THIRD AVE | | | | | DUE DATE | 04/08/2023 |
| NEW YORK, NY  10017 | | | | | | |
| UNITED STATES | | | | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/22/2023 | Induction Unit | INDUCTION UNITS FOR 17TH FLOOR | 1 | 68,781.78 | 68,781.78T |

PER PO ca109201022023155017

SHIPPING BOL AND PROOF OF DELIVERY ARE ATTACHED TO INVOICE

| | |
|---|---|
| SUBTOTAL | 68,781.78 |
| TAX | 6,104.38 |
| TOTAL | 74,886.16 |
| PAYMENT | 74,886.16 |
| **BALANCE DUE** | **$0.00** |
| | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ  07105

billing@tecspecllc.com



# INVOICE

| | | | |
|---|---|---|---|
| BILL TO | SHIP DATE | 05/23/2023 | INVOICE | 1193 |
| CUSHMAN WAKEFIELD | | | DATE | 06/05/2023 |
| C/O JASMINE CZARNECKI | | | TERMS | Net 30 |
| 730 THIRD AVE | | | DUE DATE | 07/05/2023 |
| NEW YORK, NY  10017 | | | | |
| UNITED STATES | | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/23/2023 | Induction Unit | INDUCTION UNITS FOR 27TH FLOOR | 1 | 70,768.75 | 70,768.75T |

PER PO ca109201022023155083

SHIPPING BOL AND PROOF OF DELIVERY ARE ATTACHED TO INVOICE

| | |
|---|---|
| SUBTOTAL | 70,768.75 |
| TAX | 6,280.73 |
| TOTAL | 77,049.48 |
| PAYMENT | 77,049.48 |
| **BALANCE DUE** | **$0.00** |
| | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ  07105

billing@tecspecllc.com



# INVOICE

| BILL TO | | SHIP DATE | 05/23/2023 | INVOICE | 1194 |
|---|---|---|---|---|---|
| CUSHMAN WAKEFIELD | | | | DATE | 06/05/2023 |
| C/O JASMINE CZARNECKI | | | | TERMS | Net 30 |
| 730 THIRD AVE | | | | DUE DATE | 07/05/2023 |
| NEW YORK, NY  10017 | | | | | |
| UNITED STATES | | | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/23/2023 | Induction Unit | INDUCTION UNITS FOR 16TH FLOOR | 1 | 67,230.31 | 67,230.31T |

PER PO ca109201022023155084

SHIPPING BOL AND PROOF OF DELIVERY ARE ATTACHED TO INVOICE

| | | |
|---|---|---|
| SUBTOTAL | | 67,230.31 |
| TAX | | 5,966.69 |
| TOTAL | | 73,197.00 |
| PAYMENT | | 73,197.00 |
| **BALANCE DUE** | | **$0.00** |
| | | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ 07105

billing@tecspecllc.com



## INVOICE

BILL TO

CUSHMAN WAKEFIELD

C/O JASMINE CZARNECKI

730 THIRD AVE

NEW YORK, NY 10017

UNITED STATES

| | | | | | |
|---|---|---|---|---|---|
| INVOICE | 1203 | | | | |
| DATE | 09/06/2023 | | | | |
| TERMS | Net 30 | | | | |
| DUE DATE | 10/06/2023 | | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/06/2023 | Induction Unit | INDUCTION UNITS FOR FLOOR 19 | 1 | 70,768.75 | 70,768.75T |

PER PO ca109201042023155668

SHIPPING BOL AND PROOF OF DELIVERY ARE ATTACHED TO INVOICE

| | |
|---|---|
| SUBTOTAL | 70,768.75 |
| TAX | 6,280.73 |
| TOTAL | 77,049.48 |
| PAYMENT | 77,049.48 |
| **BALANCE DUE** | **$0.00** |
| | **PAID** |

**TECSPEC LLC**

150 Saint Charles Street, Building 5C

Newark, NJ 07105

billing@tecspecllc.com



# INVOICE

| BILL TO | | INVOICE | 1204 |
|---|---|---|---|
| CUSHMAN WAKEFIELD | | DATE | 09/06/2023 |
| C/O JASMINE CZARNECKI | | TERMS | Net 30 |
| 730 THIRD AVE | | DUE DATE | 10/06/2023 |
| NEW YORK, NY 10017 | | | |
| UNITED STATES | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/06/2023 | Induction Unit | INDUCTION UNITS FOR FLOOR 25 | 1 | 65,000.00 | 65,000.00T |

PER PO ca109201062023156053

SHIPPING BOL AND PROOF OF DELIVERY ARE ATTACHED TO INVOICE

| | |
|---|---|
| SUBTOTAL | 65,000.00 |
| TAX | 5,768.75 |
| TOTAL | 70,768.75 |
| PAYMENT | 70,768.75 |
| **BALANCE DUE** | **$0.00** |
| | **PAID** |

# Exhibit E

# TECSPEC LLC

## Invoices and Received Payments

### All Dates

| DATE | TRANSACTION TYPE | MEMO/DESCRIPTION | NUM | AMOUNT |
|---|---|---|---|---|
| **CUSHMAN WAKEFIELD** | | | | |
| 04/28/2022 | Payment | | | 39,837.36 |
| 04/18/2022 | Invoice | | 1148 | 39,837.36 |
| 10/31/2022 | Payment | | | 39,837.36 |
| 07/22/2022 | Invoice | | 1165 | 39,837.36 |
| 02/02/2023 | Payment | | | 110,072.63 |
| 10/13/2022 | Invoice | | 1178 | 110,072.63 |
| 04/11/2023 | Payment | | | 74,886.16 |
| 03/09/2023 | Invoice | | 1188 | 74,886.16 |
| 04/11/2023 | Payment | | | 59,120.66 |
| 03/09/2023 | Invoice | | 1187 | 59,120.66 |
| 04/11/2023 | Payment | | | 72,401.88 |
| 03/09/2023 | Invoice | | 1186 | 72,401.88 |
| 04/11/2023 | Payment | | | 65,161.69 |
| 02/22/2023 | Invoice | | 1185 | 65,161.69 |
| 04/11/2023 | Payment | | | 72,401.88 |
| 02/14/2023 | Invoice | | 1184 | 72,401.88 |
| 07/07/2023 | Payment | | | 73,197.00 |
| 06/05/2023 | Invoice | | 1194 | 73,197.00 |
| 07/07/2023 | Payment | | | 77,049.48 |
| 06/05/2023 | Invoice | | 1193 | 77,049.48 |
| 10/16/2023 | Payment | | 5685 | 147,818.23 |
| 09/06/2023 | Invoice | | 1203 | 77,049.48 |
| 09/06/2023 | Invoice | | 1204 | 70,768.75 |