# **Exhibit A**



# 1345 6th Ave. – Floors 3, 4, 5, and 6

| | |
|---|---|
| To: | **Fisher Brothers** |
| Attn: | Brian Flaherty |
| From: | Michael Donnolo |

---

| | |
|---|---|
| Revision Number | 00 |
| Addendum Number | N/A |
| Title Block Name | **N/A** |
| Pages | **2** |

150 Saint Charles Street
Building 5C
Newark, NJ 07105

sales@tecspeceng.com

tecspeceng.com



150 Saint Charles Street, Bldg. 5C
Newark, NJ 07105

sales@tecspeceng.com
tecspeceng.com

# Proposal

2/1/2021

| | |
|---|---|
| Customer | **Fisher Brothers** |
| | **Attn: Brian Flaherty** |
| Job Name | **1345 6th Ave. – Floors 3,4,5,6** |
| Job Location | **1345 6th Ave., New York, NY** |
| Engineer | |
| Quotation # | |
| Revision Number | 00 |
| Addendum Number | N/A |
| Title Block Name | **N/A** |
| Delivery Terms | **FOB Factory / FFA** |
| Terms of Payment | **20% Down Payment, Balance 30 day Net** |

See attached terms and conditions of sale upon which this proposal is based

## We are pleased to propose the following equipment

Units
(528) 24" Induction Units

Features
- Extruded Aluminum Construction w/ Ultra Quiet Discharge Nozzles
- Integral Condensate Pan
- Lint Screen
- Pre-Insulated Piping Package Integral to Unit
- Leveling Legs
- 5 Year Parts Only Warranty

Air & Water Side Controls
- Fully Modulating Pressure Independent Water Valve with Fail Safe
- Fully Modulating Air Damper
- BACnet MSTP Communication
- Return Air & Condensate Sensors, Pre-Wired
- Integral Sequence of Operations for Energy Saving VAV Operation

Total delivered price for Item A (Taxes not included):  $1,056,000.00



150 Saint Charles Street, Bldg. 5C
Newark, NJ 07105

sales@tecspeceng.com
tecspeceng.com

Accessories
-Quick Connect wiring for Power & Comm between units
-(+/- 1600 ft) Low Noise Air Duct
-(1840) Clamps for Air Duct
-(400) Tee-Fittings for Air Duct
-(4) Power & Communication (Controller by Others)

Total delivered price for Accessories (Taxes not included):  $374,000.00

Not Included: Installation – Electrical, Mechanical, or Labor, Pneumatic Tubing, External Balancing Dampers, Field Commissioning, Spare Parts, Discharge Grilles, BIM Coordination, Air and Water Balancing, Service & Maintenance

**All warranties covered in the above proposal are based on factory ship dates, dates of substantial completion are not acceptable to Tecspec unless a written exception is made.  No Labor Warranty Included. Freight quotations do not include offloading and/or lift gates unless specifically noted.**

**Thank you for considering Tecspec. for the above referenced project.  We are looking forward to working with you. If you have any questions regarding this proposal please contact your salesperson.**