# **Exhibit B**

**From:** Ryan Rothstein <rrothstein@srs-enterprises.com>
**Date:** Tuesday, March 8, 2022 at 10:38 PM
**To:** Robert Senia <rsenia@srs-enterprises.com>
**Subject:** Fw: 1700 Bway - 40fl Convector


**From:** Kevin Kerr <kkerr@idsinnovative.com>
**Sent:** Wednesday, December 1, 2021 12:36 PM
**To:** Mike Donnolo <mike@tecspeceng.com>
**Cc:** Ryan Rothstein <rrothstein@srs-enterprises.com>
**Subject:** RE: 1700 Bway - 40fl Convector

Mike,
I think the budget is a bit low too. I'd say $150,000 for a budget.
Atmosphere Unit, 42 x 3,000 = $126,000
Power Panel =   1 x 7,500 =        7,500
Sub Total                          133,500
+/- 10% contingency                 16,500
Total Budget                       150,000

I'd update the cover sheet on the Installation Scope.
Also, we'll need the provide them with the BMS scope of work, too.

Regards,
Innovative Design and Solutions LLC


Kevin J. Kerr, PE
973-464-2601

**From:** Mike Donnolo <mike@tecspeceng.com>
**Sent:** Tuesday, November 30, 2021 6:00 PM
**To:** Kevin Kerr <kkerr@idsinnovative.com>

**Cc:** Ryan Rothstein <rrothstein@srs-enterprises.com>
**Subject:** Re: 1700 Bway - 40fl Convector

Hi Kevin,

Hope you had a good trip back.

I made the attached 'budget' and figured it would make sense to include the scope of work and catalog as an attachment.

What do you usually include in budgets?


Mike Donnolo
Managing Partner
C: 917-567-1548
E: mike@tecspeceng.com




On Mon, Nov 29, 2021 at 9:06 PM Mike Donnolo <mike@tecspeceng.com> wrote:
> Perfect
>
> On Mon, Nov 29, 2021, 8:50 PM Kevin Kerr <kkerr@idsinnovative.com> wrote:
>> Let's do a budget tomorrow
>>
>> Regards,
>> Kevin J. Kerr, PE
>> Cell: (973) 464-2601
>>
>>
>>> On Nov 29, 2021, at 7:40 PM, Mike Donnolo <mike@tecspeceng.com> wrote:
>>>
>>>
>>> Tristan is trying to study our IU option, and other options, for a client.
>>>
>>> There are 41 units. Should I tell him to budget $2950/ea? Explain the panels, duct work etc? Some other number?
>>>
>>> Thanks for your help
>>>
>>> ---------- Forwarded message ---------
>>> From: **Tristan Schwartzman** <TSchwartzman@goldmancopeland.com>
>>> Date: Mon, Nov 29, 2021, 12:32 PM
>>> Subject: FW: 1700 Bway - 40fl Convector
>>> To: Mike Donnolo (mike@tecspeceng.com) <mike@tecspeceng.com>

3

Cc: Kristen Baker <KBaker@goldmancopeland.com>, Omar Hashimi <OHashimi@goldmancopeland.com>

Mike –

Per below, looking to get a budget estimate for a single floor induction unit replacement, and hoping to recommend you guys as a full optimization option. How much info do you need to put together a rough budget estimate?

Best,
Tristan Schwartzman, PE, CEM, EBCP, LEED AP BD+C
Principal
229 West 36th Street, 7th Floor
New York, NY 10018
(212) 868-4660, ext. 263
Direct: (646) 864-0717

---

**From:** Carolina Ramos <cramos@rockhillmanagement.com>
**Sent:** Monday, November 29, 2021 10:34 AM
**To:** Tristan Schwartzman <TSchwartzman@goldmancopeland.com>; Omar Hashimi <OHashimi@goldmancopeland.com>; Bill MacInnes <bmacInnes@rockhillmanagement.com>; Sam Howe <SHowe@goldmancopeland.com>; Kristen Baker <KBaker@goldmancopeland.com>
**Subject:** RE: 1700 Bway - 40fl Convector

Hi Tristan,

Hope you had a nice holiday.

Wanted to follow up with you regarding options for convector units at One Dag and 1700 Broadway. We would like to request a proposal for the 42fl (which is under construction) and we need to determine which unit to specify.

Regards,
Carolina

**Carolina Ramos, RPA, LEED AP O+M**
General Manager – NY, CT Region
**T** 212.752.7016
cramos@rockhillmanagement.com

---

**From:** Tristan Schwartzman <TSchwartzman@goldmancopeland.com>
**Sent:** Thursday, November 11, 2021 7:44 AM
**To:** Carolina Ramos <cramos@rockhillmanagement.com>; Omar Hashimi <OHashimi@goldmancopeland.com>; Bill MacInnes <bmacInnes@rockhillmanagement.com>; Sam Howe <SHowe@goldmancopeland.com>; Kristen Baker <KBaker@goldmancopeland.com>
**Subject:** RE: 1700 Bway - 40fl Convector

**[EXTERNAL SENDER]**

We can – there is a really interesting high end option that we'll put a number on for comparison. Durst is incorporating it in their portfolio, so will be interesting to see how it lands.

Best,

Tristan Schwartzman, PE, CEM, EBCP, LEED AP BD+C
Principal
229 West 36th Street, 7th Floor
New York, NY 10018
(212) 868-4660, ext. 263
Direct: (646) 864-0717

**From:** Carolina Ramos <cramos@rockhillmanagement.com>
**Sent:** Thursday, November 11, 2021 7:37 AM
**To:** Tristan Schwartzman <TSchwartzman@goldmancopeland.com>; Omar Hashimi <OHashimi@goldmancopeland.com>; Bill MacInnes <bmacInnes@rockhillmanagement.com>; Sam Howe <SHowe@goldmancopeland.com>; Kristen Baker <KBaker@goldmancopeland.com>
**Subject:** Re: 1700 Bway - 40fl Convector

Unfortunately I do not. Can you price different options?

Regards,

Carolina

**Carolina Ramos, RPA, LEED AP O+M**

General Manager – NY, CT Region

**T** 212.752.7016

cramos@rockhillmanagement.com

**From:** Tristan Schwartzman <TSchwartzman@goldmancopeland.com>
**Sent:** Thursday, November 11, 2021 7:20:53 AM
**To:** Carolina Ramos <cramos@rockhillmanagement.com>; Omar Hashimi <OHashimi@goldmancopeland.com>; Bill MacInnes <bmacInnes@rockhillmanagement.com>; Sam Howe <SHowe@goldmancopeland.com>; Kristen Baker <KBaker@goldmancopeland.com>
**Subject:** RE: 1700 Bway - 40fl Convector

**[EXTERNAL SENDER]**

Thank you Carolina – we'll use this as the basis for our savings calculation.

Do you have a cost for these handy? It was probably part of a larger scope, so if not, no worries – we'll reach out to the manufacturer.

Best,

Tristan Schwartzman, PE, CEM, EBCP, LEED AP BD+C

Principal

229 West 36th Street, 7th Floor

New York, NY 10018

(212) 868-4660, ext. 263

Direct: (646) 864-0717

---

**From:** Carolina Ramos <cramos@rockhillmanagement.com>
**Sent:** Wednesday, November 10, 2021 2:50 PM
**To:** Omar Hashimi <OHashimi@goldmancopeland.com>; Tristan Schwartzman <TSchwartzman@goldmancopeland.com>; Bill MacInnes <bmacInnes@rockhillmanagement.com>; Sam Howe <SHowe@goldmancopeland.com>; Kristen Baker <KBaker@goldmancopeland.com>
**Subject:** 1700 Bway - 40fl Convector

This is the reduced sized convector we did on 40th floor at 1700. DADANCO FMLBY is the unit.

**Carolina Ramos, RPA, LEED AP O+M**

General Manager – NY, CT Region

**T** 212.752.7016 | **C** 917.202.6044

cramos@rockhillmanagement.com

**Rockhill Management, L.L.C.**

One Dag Hammarskjold Plaza

885 Second Avenue

New York, NY 10017

*This email (including any attachments) may contain information that is private, confidential or protected by attorney-client or other privilege and should not be copied or circulated to any person without the prior consent of Rockhill. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail so that our records can be corrected.*