# **Exhibit C**

**From:** Ryan Rothstein <rrothstein@srs-enterprises.com>
**Date:** Tuesday, March 8, 2022 at 10:38 PM
**To:** Robert Senia <rsenia@srs-enterprises.com>
**Subject:** Fw: 110 pricing

**From:** Mike Donnolo <mike@tecspeceng.com>
**Sent:** Wednesday, December 1, 2021 3:31 PM
**To:** Ryan Rothstein <rrothstein@srs-enterprises.com>; Arben Hodzic <ahodzic@srs-enterprises.com>
**Subject:** 110 pricing

Mike Donnolo
Managing Partner
C: 917-567-1548
E: mike@tecspeceng.com



1301

|          | QTY   | .6 C.M. Unit MSRP | .6 C.M. Extended MSRP | .5 C.M Unit MSRP | .5 C.M Extended MSRP |
|----------|-------|-------------------|-----------------------|------------------|----------------------|
| **48" Unit**  |       | $3,125.00         | $0.00                 | $2,400.00        | $0.00                |
| **40" Unit**  | 630   | $3,095.00         | $1,949,850.00         | $2,370.00        | $1,493,100.00        |
| **36" Unit**  |       | $2,875.00         | $0.00                 | $2,202.00        | $0.00                |
| **Panel**     | 14    | $5,000.00         | $70,000.00            | $5,000.00        | $70,000.00           |
| **T-Fittings**| 0     | $110.00           | $0.00                 | $110.00          | $0.00                |
| **Clamps**    | 1,260 | $3.25             | $4,095.00             | $3.25            | $4,095.00            |
| **Air Duct**  | 2,520 | $12.50            | $31,500.00            | $12.50           | $31,500.00           |
| **Pipe**      | 3,780 | $5.00             | $18,900.00            | $5.00            | $18,900.00           |
| **Total**     |       |                   | **$2,074,345.00**     |                  | **$1,617,595.00**    |
| **Per Units** |       |                   | **$3,292.61**         |                  | **$2,567.61**        |

We are at $865,000 ALL IN

EB Air at $365,000 + Pipe + Controls ($425,000) = ~ $790,000

1