UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECSPEC LLC et al.,<br><br>                                 Plaintiffs,<br><br>                -v.-<br><br>MICHAEL DONNOLO et al.,<br><br>                                 Defendants. | 24 Civ. 8077 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      The Court is in receipt of each party's proposed schedule for completing briefing on Plaintiffs' motion for a preliminary injunction. *See* ECF No. 56 (Pl. Letter); ECF No. 57 (Def. Letter). By **December 31, 2024**, Defendants shall submit supplemental briefing addressing Plaintiffs' December 6, 2024 submissions. *See* ECF Nos. 49-53; ECF No. 56-1 (Tr.) at 8:14-9:6. With respect to the Declaration of Dr. Geoff Sheard proffered by Plaintiffs, ECF No. 51, which relies on certain photographs of the Braya Entities' HVAC unit, Defendants' expert shall "review and respond to the conclusions provided by" Dr. Sheard based on those same photographs (i.e., without physically inspecting the unit). ECF No. 57 at 1. By **January 8, 2025**, Plaintiffs shall file their reply to Defendants' submission, if any.

      The preliminary injunction hearing previously scheduled for December 10, 2024, *see* ECF No. 31, is adjourned to **January 13, 2025** at **10:45 a.m.** The proceeding will be held via Microsoft Teams. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID 488 483 124 followed by the pound (#) key. Members of the public may call the same number but are to keep their phones muted during the proceeding.

      The Clerk of Court is directed to terminated ECF No. 54.

SO ORDERED.

Dated: December 18, 2024
       New York, New York

                                                                                        JENNIFER H. REARDEN
                                                                                    United States District Judge