UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECSPEC LLC et al.,<br><br>       Plaintiffs,<br><br>     -v.-<br><br>MICHAEL DONNOLO et al.,<br><br>       Defendants. | 24 Civ. 8077 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  By **January 17, 2025**, Plaintiffs shall file a proposed preliminary injunction order that is consistent with the Order to Show Cause, ECF No. 10, though it may omit any proposed restraints that have become moot. Also by **January 17, 2025**, Plaintiffs and Defendants shall supplement their submissions on Plaintiffs' motion for a preliminary injunction by filing proposed findings of facts and conclusions of law. The proposed findings of fact and conclusions of law shall be based on the existing record; no new declarations or other evidence may be filed.

  SO ORDERED.

Dated: January 9, 2025
    New York, New York

                     _____
                       JENNIFER H. REARDEN
                       United States District Judge