# EXHIBIT A



**COLE SCHOTZ** P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536  fax

—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Jason R. Melzer
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201-525-6313
Writer's Direct Fax: 201-678-6313
Writer's E-Mail: jmelzer@coleschotz.com

January 15, 2025

<u>**Via Electronic Mail**</u>
Matthew S. Blum, Esq.
Rosenberg & Estis, P.C.
733 Third Avenue
New York, NY 10017

Re:    <u>**Tecspec LLC, et al. v. Michael Donnolo, et al.**</u>
        <u>**Civil Action No. 24 Civ. 8077 (JHR)**</u>

Dear Mr. Min:

        We write regarding the above-captioned matter. As you are aware, on January 13, 2025, Judge Rearden ordered the parties to meet regarding the outstanding passwords and information that Plaintiffs still require in order to operate Tecspec LLC.

        Below is a list of what Tecspec LLC requires:

1.      All items marked in red in the network map attached hereto as Exhibit A;

2.      All steps required for a "cold start," *i.e.* post power outage, all steps followed to begin all processes for the following machines:

        a)      Haas Machine;

        b)      Swiss lathe;

        c)      Tiger Saw; and

        d)      Laser machines.

3.      With regards to the conveyor belt processes:

        a.      How were the QR codes generated and applied?

COLE SCHOTZ P.C.

January 15, 2025
Page 2

  b.  Do these QR codes provide subcomponent traceability and how are the lookups done for that?

  c.  When the cameras scan the QR codes it will serialize an existing unit in the database after it passes all the tests, how are units initially entered into the database?

    i.  If it is a manual process, please document.

  d.  There are multiple versions of the conveyor.py script that use smaller portions of the belt - were these iterative or are these used for different components?

    i.  If literative, what is the latest version?

4.  What is the startup process for the conveyor belt system in normal operation?

  a.  Which elements of the "conveyor belt ecosystem" need to be restarted on their own?

  b.  Are there scripts that need to be run concurrently with one another to have multiple moving parts or does conveyor.py handle it all?

    i.  Please specifically address the cameras in addition to other elements.

5.  There are 6 kiosks and 6 test rigs, there is also pcam07, pcam08, pcam09, and pcam10. What are their functions?

6.  How are the testrigX.py files run?

  a)  Does somebody need to take an action to trigger a job or are they part of a pipeline?

  b)  If they are triggered automatically, what is the trigger criteria?

COLE SCHOTZ P.C.

January 15, 2025
Page 3

      c)      If they are run manually, are there work instructions, documentation, etc. on what tests are used for what processes?

          1.      If yes, please provide.

7.      Please share any documentation related to the calibration of testing equipment, including but not limited to:

      a)      How the tests were designed;

      b)      What the pass/fail criteria is;

      c)      What the calibration and configuration process is; and

      d)      All documentation around what tests are used for what assemblies. If there is an yPRDs or other engineering documents related to the design and validation of this system, please provide same.

8.      Per Tecspec VLan sheet, there are access points called apContainer and ap3. apContainer is near the Container office and ap3 near the dock wall far end as noted. Are these two items still active and if so where exactly are they located?

9.      Where are the tpBridge2 (noted as inventory cart uplink) and tpBridge3 located on the floor or are they configured in the Cloudkey0 or Cloudkey1?

10.      Does the Cloudkey0 or 1 use DNS?

      a)      Is there any special configuration on the cloudkeys for clients to access them?

11.      Were all the Facility security cameras online accessed through the cloudkey1 Protect section? Please provide exactly where to find the following:

      a)      camF1; and

      b)      camF3.

 COLE SCHOTZ P.C.

January 15, 2025
Page 4

12.     Do all the devices such as the TVs (Kiosks around conveyor belt) need to access the TecspecProd wireless network to run the Python scripts?

       a)     Is there a list of the python scripts that ran through all the VMs?

           1.   If yes, please provide.

13.     What does the linux computer on the CNC haas machine provide or control?

14.     Please confirm the username and passwords for all the Ubiquit cameras, as the ones previously provided do not work.

15.     Where are the Nozzles, Leveling Leg feet, and Leveling leg threaded rod programs and step files and other items that were made on the Swiss Lathe?

       a)     To the extent that such files were located on a USB key, Tecspec LLC is not in possession of the USB key.

16.     Please provide **all** the End panel drawings;

17.     Please identify and locate the program to tap the holes for the nozzles;

18.     Please provide the name of the SQL program that runs the assembly line.

       a)     Where is the program located?

       b)     How is it executed?

19.     Please provide the name and the function of all the Python script;

20.     Regarding Two Penn Plaza, please provide:

       a)     the internal and external Wiring Diagrams; and

       b)     all the induction units with the sequence of operations and points list;

       c)     all the induction units and Central panel wiring diagrams with the sequence of operations and points list;

COLE SCHOTZ P.C.

January 15, 2025
Page 5

       21.     All Virtual Machine descriptions and what they do; and

       22.     Software used to program Belimo Valve, please see screenshot attached hereto as

Exhibit B.

       Please advise if Defendants are available for a video conference at **10:00 am on January 23, 2025** to discuss the above, as directed by Judge Rearden at the January 13, 2025 hearing. Should you have any questions, I am available to discuss this matter further.

       Plaintiffs reserve all rights.

                Very truly yours,

                COLE SCHOTZ P.C.

                */s/ Jason R. Melzer*

## TECSPEC EQUIPMENT LOCATIONS



**NORTH WALL (Back of Warehouse)**

**Back Wall**
Netgear - swCNC
ap1 - Access Point
12 Port Panel

**Behind  Laser**
Netgear Switch - swDMG
apInv (ap6) - Access Point
12 Port Panel
Mark Arboa Laptop

**Inside GR510**
Netgear Switch - swur10

**Behind TVs & Conveyor**
Netgear Switch - swConv2
Netgear Switch - swConv1
Netgear Switch - swConv0
Philips - Station 1
Philips - Station 2
ap5 - Access Point
14 Port Panel
Cloudkey0 -

Netgear Switch - swC0   Under Conveyor
TV adapter (Kiosk)
Adam Devices - 1-15   Around Conveyor

Modbus2
pi3

**EAST WALL**

**WEST WALL**

**Middle Column**
Inif Switch - swInv
ap4a - Access Point
12 Port Panel
HP Printer 11x17
HP Printer
Big Zebra 1 Printer
Big Zebra 2 Printer

**Upstairs Office**
Dell Server R240 - Linux Ubuntu
SW0 - Switch
SW1 - Switch
Cloudkey1
apMEZZ (ap4b) - Access Point
Arris Modem (Optimum)
Pfsense Router

apContainer

Timeclock

12 Port Panel

ap3

12 Port Panel

BEHIND SHELVING

Front Door

**SOUTH WALL (Loading Dock)**

# SOV
Tecspec SOV



TEMPERATURE
79 degF

HUMIDITY
55 %RH

## System Schedule

| | |
|---|---|
| Occupied Status | Schedule |

## Temperature Control

| | |
|---|---|
| Active Temperature Setpoint | 72.0 |
| Current Temperature Setpoint | 72.0 |
| Setpoint Dial Adjustment Value | 0.0 |
| Setpoint Dial Adjustment Control | Disabled |
| Setpoint Dial Adjustment Range | 0.0 °F |
| Occupied Temp Setpoint Direct | 72.0 °F |
| Unoccupied Temp Setpoint Direct | 80.0 °F |
| Maximum Temp Setpoint Direct | 80.0 °F |
| Minimum Temp Setpoint Direct | 68.0 °F |
| Occupied Temp Setpoint Reverse | 70.0 °F |
| Unoccupied Temp Setpoint Reverse | 55.0 |
| Maximum Temp Setpoint Reverse | 78.0 |
| Minimum Temp Setpoint Reverse | 55.0 |
| Standby Temp Control | Disabled |
| Standby Temp Adjustment | 0.0 |

## PID Parameters

| | |
|---|---|
| PID Action | 2:Direct |
| PID Sensor Select | 1:Sensor1 |
| PID Propband | 0.5 |
| PID Integral | 15.0 |
| PID Derivative | 0 |
| PID Deadband | 1 °F |
| PID Output Reverse | 0.0 % |
| PID Ootout Direct | 100.0 % |

## Room Sensor (MP2)

| | |
|---|---|
| Room Temperature | 0.0 °F |
| Room Temperature Calibration Value | 0.0 |
| Room Setpoint Adjust Dial Position | 0.0 |
| Room Sensor Comm Enable | Disable |
| Room Fail - Valve Position for Rev | 5:100% Open |
| Room Fail - Valve Position for Dir | 1:Close |

## Return Air Temperature Sensor (S1) Parameters

| | |
|---|---|
| Return Air Temperature (RAT) | 75.7 °F |
| RAT Short - Valve Position for Rev | 5:100% Open |
| RAT Short - Valve Position for Dir | 1:Close |
| RAT Open - Valve Position for Rev | 5:100% Open |
| RAT Open - Valve Position for Dir | 1:Close |
| RAT Fail - Valve Position for Rev Acting | 5:100% Open |
| RAT Fail - Valve Position for Dir Acting | 1:Close |
| RAT Calibration Value | 0.0 °F |
| RAT Short Threshold | 250 °F |
| RAT Open Threshold | -45 °F |
| RAT Fail High Limit | 120 °F |
| RAT Fail Low Limit | 20 °F |

## Condensate Sensor (S2) Parameters

| | |
|---|---|
| Condensate Sensor (CS) Resistance | 46,228.0 Ohms |
| CS Alarm Resistance Threshold | 40,000 Ohms |
| Condensate Alarm Valve Position | 1:Close |
| CS Short - Valve Position for Rev | 1:Close |
| CS Short - Valve Position for Dir Acting | 1:Close |
| CS Open - Valve Position for Rev | 1:Close |
| CS Short - Valve Position for Dir Acting | 1:Close |
| CS Calibration Value | 0.0 Ohms |
| CS Short Threshold | 25 Ohms |
| CS Open Threshold | 200,000 Ohms |
| CS Fail High Limit | 300,000 Ohms |
| CS Fail Low Limit | 1,000 Ohms |

## Power Up

| | |
|---|---|
| Power Up Status | Inactive |
| Power Up Time Delay | 0.0 sec |
| Power Up - Valve Position | 5:100% Open |
| Power Up - VIV Position | 6:Cfm Control |

## Network Heartbeat

| | |
|---|---|
| Network Heartbeat | |
| Network Heartbeat Timeout | 0.0 secs |
| Network Failure Valve Command | 6:Auto |

## Alarms

| | |
|---|---|
| Common Alarm | |
| Condensate Alarm | |
| Valve Clutch Release Status | |
| Valve Position Fault | |
| RAT Fail - Out of Range | |
| RAT Sensor Short | |
| RAT Sensor Open | |
| CS Fail - Out of Range | |
| CS Short | |
| CS Open | |
| Room Sensor Comm Fail Alarm | |
| VAV Comm Fail Alarm | |
| VAV CFM Setpoint Not Achieved | |
| Power Up Active | |

## Valve

| | |
|---|---|
| Valve Position Command | 100 % |
| Valve Position Feedback | 100 % |
| Valve Controlling Parameter | 18:PID_Control |
| Remote Valve Control | Disabled |
| Remote Valve Control Command | 0 % |
| Valve Position Deadband | 5.0 % |
| Remote Valve Alarm Input | Disabled |
| Remote Valve Alarm Position | 1:Close |

## Pressure Independant Valve (PIV) GPM Control

| | |
|---|---|
| PIV Valve Body Type | 1:None |
| PIV GPM Control Mode | Enabled |
| PIV GPM Setpoint | 0.0 |
| PIV Maximum GPM | 0.0 gpm |
| PIV Minimum GPM | 0.1 gpm |
| PIV K Factor | 0.25 |
| PIV GPM Setpoint Adjust Factor | 1.00 |
| PIV GPM Setpoint Adjust Control | Disabled |
| PIV Occupied GPM Setpoint Rev | 2.0 |
| PIV Occupied GPM Setpoint Direct | 2.1 |
| PIV Unoccupied GPM Setpoint Rev | 2.2 |
| PIV Unoccupied GPM Setpoint Direct | 2.3 |



SAT 0.0 °F     SWST 0.0 °F

100 %

46.9 %

## Primary Air VAV Control

| | |
|---|---|
| Damper Position | 46.9 % |
| VAV CFM | 31.0 cfm |
| VAV CFM Set Point | 30.0 |
| VAV K Factor | 1.000 |
| Inlet Air Temperature | 76.8 °F |
| Inlet Air Temperature Calibration | 0.0 |
| VAV Maximum CFM | 121.0 cfm |
| VAV Minimum CFM | 10.0 cfm |
| Inlet Duct Size | 4.0 in |
| VAV CFM Setpoint Adjust Factor | 1.00 |
| VAV CFM Setpoint Adjust Control | Off |
| VAV CFM Not Achieved Deadband % | 10.0 |
| VAV CFM Not Achieved Timer | 30.0 |
| VAV Occupied CFM Setpoint Rev | 50.0 |
| VAV Occupied CFM Setpoint Direct | 30.0 |
| VAV Unoccupied CFM Setpoint Rev | 52.0 |
| VAV Unoccupied CFM Setpoint | 0.0 |
| VAV Control Mode | 5:Cfm Control |
| VAV Comm Enable | On |