UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TECSPEC LLC, RICHARD ROSE, ROBERT SENIA, and RALPH SCHLENKER,

                Plaintiffs,

-against-

MICHAEL DONNOLO, JOSHUA DONNOLO, JOHN MICHAEL LONG, BRAYA CONCEPTS LLC, BRAYA MACHINE COMPANY LLC, BRAYA SYSTEMS LLC, BRAYA VENTURES LLC, and ABC CORPORATIONS 1-10,

                Defendants.
-------------------------------------------------------------------X

Case 1:24-cv-08077-JHR

**NOTICE OF APPEARANCE**

To:    The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, I appear in this case as counsel for all defendants/third-party plaintiffs, and I request that all papers be served upon and all communications herein be directed to me (in addition to my colleague Matthew Blum).

Dated: New York, New York
       January 21, 2025

_____
Jay H. Min - 5200167
Rosenberg & Estis, P.C.
733 Third Avenue, 14th Floor
jmin@rosenbergestis.com
Telephone: (212) 877-6000
Facsimile: (212) 551-8484