# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TECSPEC LLC, RICHARD ROSE, ROBERT SENIA, and RALPH SCHLENKER,

        Plaintiffs,

  -against-

MICHAEL DONNOLO, JOSHUA DONNOLO, JOHN MICHAEL LONG, BRAYA CONCEPTS LLC, BRAYA MACHINE COMPANY LLC, BRAYA SYSTEMS LLC, BRAYA VENTURES LLC, and ABC CORPORATIONS 1-10

        Defendants.

Case No. 1:24-cv-08077-JHR

**ORDER**

---

THIS MATTER, having been opened to the Court by Cole Schotz P.C., attorneys for Plaintiffs, Tecspec LLC, Richard Rose, Robert Senia, and Ralph Schlenker (together, the "Plaintiffs"), upon the parties' meeting and conferring on January 23, 2025, as per this Court's instructions, in an attempt to resolve the mandatory relief Plaintiffs sought through their initial application for temporary restraints regarding the information and access required by Plaintiffs from Defendants to render Tecspec LLC operational, and such attempt being unsuccessful; and for good cause shown;

IT IS on this _____ day of January 2025,

ORDERED that Defendants must fully and sufficiently provide Plaintiffs with the information requested below:

    1. The location of:

        a. apContainer;

        b. modbus2;

        c. ap3; and

 d. pi8.

2. All open questions regarding the conveyor belt, including but not limited to:

 a. how the conveyor belt QR codes were generated and applied,

 b. if the QR codes provide subcomponent traceability and how the lookups are done for that;

 c. how units are initially entered into the database via QR code;

 d. whether the script used for smaller portions of the conveyor belt were iterative or used for different components;

 e. the startup process for the conveyor belt system;

 f. the functions of the associated kiosks, test rigs, and pcams; and

 g. how the testrigX.py files run.

3. All documentation related to the calibration of testing equipment;

4. Whether Cloudkey0 or I uses DNS, and other related special configurations;

5. Whether all devices need to access the Tecspec Prod wireless network to run the Python scripts;

6. Sequence of operations for the three programs involved in the nozzle manufacturing;

7. The name, location, and execution of the SQL program that runs the assembly line;

8. The software used to program the Belimo valve;

9. Information regarding and location of the central panel program and name and phone number of the panel builder;

2

Dated: January ___, 2025
New York, New York

_____
HON. JENNIFER H. REARDEN

3