# Exhibit B

**\*Please see hyperlink on page 2, footnote 2 of the letter motion**