# EXHIBIT C

All the red Bins
The tooling to right to the picture







Misc Screws and tools


Special custom insulation



Alum Dies

3d printer wire

