# EXHIBIT D

| | |
|---|---|
| **From:** | Wasserman, Arielle |
| **Sent:** | Wednesday, January 29, 2025 9:42 AM |
| **To:** | Blum, Matthew S.; Min, Jay H. |
| **Cc:** | Melzer, Jason; Mannion, Connor |
| **Subject:** | Tecspec LLC -- Tecspec Items to be Returned |

Good morning,

Please be advised that Defendants are currently in possession of the below items, all of which belong to Tecspec LLC and must be returned immediately:

1. M. Donnolo's laptop, which contains programs purchased by Tecspec LLC, as well as Tecspec LLC files;
2. Chairs;
3. Storage Bins;
4. Tools, screw guns, and miscellaneous tools;
5. All tools and bits used on the CNC machine, including but not limited to the stand that holds them;
6. Sound insulation for silencer tubing;
7. Wiring Harnesses used on the induction units;
8. Aluminum Silencer piping;
9. Dwyer gages
10. SolidWorks program; and
11. All drawings and testing data on the new Coanda-based HVAC unit.

Please advise as to when we can expect to receive these items back.

Thank you,

Arielle