# EXHIBIT E

# SOV
## Tecspec SOV



**TEMPERATURE** 79 degF   **HUMIDITY** 55 %RH

## System Schedule
| | |
|---|---|
| 🟢 Occupied Status | Schedule ▼ |

## Temperature Control
| | |
|---|---|
| Active Temperature Setpoint | 72.0 |
| Current Temperature Setpoint | 72.0 |
| Setpoint Dial Adjustment Value | 0.0 |
| Setpoint Dial Adjustment Control | Disabled ▼ |
| Setpoint Dial Adjustment Range | 0.0 °F |
| Occupied Temp Setpoint Direct | 72.0 °F |
| Unoccupied Temp Setpoint Direct | 80.0 °F |
| Maximum Temp Setpoint Direct | 80.0 °F |
| Minimum Temp Setpoint Direct | 68.0 °F |
| Occupied Temp Setpoint Reverse | 70.0 °F |
| Unoccupied Temp Setpoint Reverse | 55.0 |
| Maximum Temp Setpoint Reverse | 78.0 |
| Minimum Temp Setpoint Reverse | 55.0 |
| Standby Temp Control | Disabled ▼ |
| Standby Temp Adjustment | 0.0 |

## PID Parameters
| | |
|---|---|
| PID Action | 2:Direct ▼ |
| PID Sensor Select | 1:Sensor1 ▼ |
| PID Propband | 0.5 |
| PID Integral | 15.0 |
| PID Derivative | 0 |
| PID Deadband | 1 °F |
| PID Output Reverse | 0.0 % |
| PID Outout Direct | 100.0 % |

## Room Sensor (MP2)
| | |
|---|---|
| Room Temperature | 0.0 °F |
| Room Temperature Calibration Value | 0.0 |
| Room Setpoint Adjust Dial Position | 0.0 |
| Room Sensor Comm Enable | Disable ▼ |
| Room Fail - Valve Position for Rev | 5:100% Open ▼ |
| Room Fail - Valve Position for Dir | 1:Close ▼ |

## Return Air Temperature Sensor (S1) Parameters
| | |
|---|---|
| Return Air Temperature (RAT) | 75.7 °F |
| RAT Short - Valve Position for Rev | 5:100% Open ▼ |
| RAT Short - Valve Position for Dir | 1:Close ▼ |
| RAT Open - Valve Position for Rev | 5:100% Open ▼ |
| RAT Open - Valve Position for Dir | 1:Close ▼ |
| RAT Fail - Valve Position for Rev Acting | 5:100% Open ▼ |
| RAT Fail - Valve Position for Dir Acting | 1:Close ▼ |
| RAT Calibration Value | 0.0 °F |
| RAT Short Threshold | 250 °F |
| RAT Open Threshold | -45 °F |
| RAT Fail High Limit | 120 °F |
| RAT Fail Low Limit | 20 °F |

## Condensate Sensor (S2) Parameters
| | |
|---|---|
| Condensate Sensor (CS) Resistance | 46,228.0 Ohms |
| CS Alarm Resistance Threshold | 40,000 Ohms |
| Condensate Alarm Valve Position | 1:Close ▼ |
| CS Short - Valve Position for Rev | 1:Close ▼ |
| CS Short - Valve Position for Dir Acting | 1:Close ▼ |
| CS Open - Valve Position for Rev | 1:Close ▼ |
| CS Short - Valve Position for Dir Acting | 1:Close ▼ |
| CS Calibration Value | 0.0 Ohms |
| CS Short Threshold | 25 Ohms |
| CS Open Threshold | 200,000 Ohms |
| CS Fail High Limit | 300,000 Ohms |
| CS Fail Low Limit | 1,000 Ohms |

## Power Up
| | |
|---|---|
| Power Up Status | Inactive |
| Power Up Time Delay | 0.0 sec |
| Power Up - Valve Position | 5:100% Open ▼ |
| Power Up - VIV Position | 6:Cfm Control ▼ |

## Network Heartbeat
| | |
|---|---|
| Network Heatbeat | 🟢 |
| Network Heartbeat Timeout | 0.0 secs |
| Network Failure Valve Command | 6:Auto ▼ |

## Alarms
| | |
|---|---|
| Common Alarm | 🔴 |
| Condensate Alarm | 🔴 |
| Valve Clutch Release Status | 🔴 |
| Valve Position Fault | 🔴 |
| RAT Fail - Out of Range | 🔴 |
| RAT Sensor Short | 🔴 |
| RAT Sensor Open | 🔴 |
| CS Fail - Out of Range | 🔴 |
| CS Short | 🔴 |
| CS Open | 🔴 |
| Room Sensor Comm Fail Alarm | 🔴 |
| VAV Comm Fail Alarm | 🔴 |
| VAV CFM Setpoint Not Achieved | 🔴 |
| Power Up Active | 🔴 |

## Valve
| | |
|---|---|
| Valve Position Command | 100 % |
| Valve Position Feedback | 100 % |
| Valve Controlling Parameter | 18:PID_Control |
| Remote Valve Control | Disabled ▼ |
| Remote Valve Control Command | 0 % |
| Valve Position Fault Deadband | 5.0 % |
| Remote Valve Alarm Input | Disabled ▼ |
| Remote Valve Alarm Position | 1:Close ▼ |

## Pressure Independant Valve (PIV) GPM Control
| | |
|---|---|
| PIV Valve Body Type | 1:None ▼ |
| PIV GPM Control Mode | Enabled ▼ |
| PIV GPM Setpoint | 0.0 |
| PIV Maximum GPM | 0.0 gpm |
| PIV Minimum GPM | 0.1 gpm |
| PIV K Factor | 0.25 |
| PIV GPM Setpoint Adjust Factor | 1.00 |
| PIV GPM Setpoint Adjust Control | Disabled ▼ |
| PIV Occupied GPM Setpoint Rev | 2.0 |
| PIV Occupied GPM Setpoint Direct | 2.1 |
| PIV Unoccupied GPM Setpoint Rev | 2.2 |
| PIV Unoccupied GPM Setpoint Direct | 2.3 |



SAT 0.0 °F   SWST 0.0 °F
100 %   46.9 %

## Primary Air VAV Control
| | |
|---|---|
| Damper Position | 46.9 % |
| VAV CFM | 31.0 cfm |
| VAV CFM Set Point | 30.0 |
| VAV K Factor | 1.000 |
| Inlet Air Temperature | 76.8 °F |
| Inlet Air Temperature Calibration | 0.0 |
| VAV Maximum CFM | 121.0 cfm |
| VAV Minimum CFM | 10.0 cfm |
| Inlet Duct Size | 4.0 in |
| VAV CFM Setpoint Adjust Factor | 1.00 |
| VAV CFM Setpoint Adjust Control | Off ▼ |
| VAV CFM Not Achieved Deadband % | 10.0 |
| VAV CFM Not Achieved Timer | 30.0 |
| VAV Occupied CFM Setpoint Rev | 50.0 |
| VAV Occupied CFM Setpoint Direct | 30.0 |
| VAV Unoccupied CFM Setpoint Rev | 52.0 |
| VAV Unoccupied CFM Setpoint | 0.0 |
| VAV Control Mode | 5:Cfm Control ▼ |
| VAV Comm Enable | On ▼ |