# EXHIBIT A

## Wasserman, Arielle

| | |
|---|---|
| **From:** | Wasserman, Arielle |
| **Sent:** | Friday, February 14, 2025 12:36 PM |
| **To:** | Blum, Matthew S. |
| **Cc:** | Min, Jay H.; Melzer, Jason; Mannion, Connor |
| **Subject:** | Tecspec v Donnolo et al |

Good afternoon,

We are in receipt of your subpoena to Christina Senia, which was filed on the docket earlier today.

As you are aware, discovery has not yet begun in this case. Issue has not been fully joined, the Court has not held an FRCP 16 conference, and there is no operative scheduling order. As such, service of this subpoena is impermissible at this time.

Please confirm that you will not be serving this subpoena until discovery has begun in this action.

Arielle