# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECSPEC LLC, RICHARD ROSE, ROBERT SENIA, and RALPH SCHLENKER,<br><br>                Plaintiffs,<br><br>    v.<br><br>MICHAEL DONNOLO, JOSHUA DONNOLO, JOHN MICHAEL LONG, BRAYA CONCEPTS LLC, BRAYA MACHINE COMPANY LLC, BRAYA SYSTEMS LLC, BRAYA VENTURES LLC, ABC CORPORATIONS 1-10,<br><br>                Defendants. | Case No. 1:24-cv-08077-JHR |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, together with exhibits thereto, and all prior pleadings and proceedings herein, Defendants, by the undersigned counsel, will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 15A, on April 3, 2025, at a time to be determined by this Court, for an order pursuant to Federal Rules of Civil Procedure 14, for leave to file Defendants' Third Party Complaint annexed hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to S.D.N.Y. L. Civ. R. 6.1(b), Plaintiff's opposition, if any, is due on or before March 26, 2025, and Defendants' reply, if any, is due on or before April 2, 2025.

                                          **ROSENBERG & ESTIS, P.C.**

                                          Matthew S Blum
                                          733 Third Avenue
                                          New York, New York 10017

                                          *Attorneys for Defendants Michael Donnolo,*
                                          *Joshua Donnolo, John Michael Long, Braya*
                                          *Concepts LLC, Braya Machine Company*
                                          *LLC, Braya Systems LLC, and*
                                          *Braya Ventures LLC*