# EXHIBIT D

Here's how you know



# Department of State
## Division of Corporations

### Entity Information

Return to Results    Return to Search

**Entity Details**

**ENTITY NAME:** SRS ENTERPRISES, INC.
**DOS ID:** 1788025
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 01/18/1994
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/18/1994
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** KINGS
**NEXT STATEMENT DUE DATE:** 01/31/2026
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

**Service of Process on the Secretary of State as Agent**

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** ROBERT SENIA
**Address:** 2711 HARWAY AVE, BROOKLYN, NY, UNITED STATES, 11214

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

**Chief Executive Officer's Name and Address**

**Name:** ROBERT SENIA
**Address:** 2711 HARWAY AVE, BROOKLYN, NY, UNITED STATES, 11214

**Principal Executive Office Address**

**Address:** 2711 HARWAY AVE, BROOKLYN, NY, UNITED STATES, 11214

**Registered Agent Name and Address**

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 500 | $0.00000 |

Agencies App Directory Counties Events Programs Services