# EXHIBIT E

```
Status Report For:      SRS ENTERPRISES OF NJ, LLC
Report Date:            2/24/2025
Confirmation Number:    250553622182
```

## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

```
Business ID Number:     0600298006
Business Type:          DOMESTIC LIMITED LIABILITY COMPANY
Status:                 ACTIVE
Original Filing Date:   04/25/2007
Stock Amount:           N/A
Home Jurisdiction:      NJ
Status Change Date:     NOT APPLICABLE
```

## REVOCATION/SUSPENSION INFORMATION

```
DOR Suspension Start    N/A
Date:
DOR Suspension End      N/A
Date:
Tax Suspension Start    N/A
Date:
Tax Suspension End      N/A
Date:
```

## ANNUAL REPORT INFORMATION

```
Annual Report Month:    APRIL
Last Annual Report      02/03/2025
Filed:
Year:                   2025
```

## AGENT/SERVICE OF PROCESS (SOP) INFORMATION

```
Agent:                   SRS ENTERPRISES OF NJ, LLC
Agent/SOP Address:       14 LEONARDVILLE ROAD ,MIDDLETOWN,NJ,07748
Address Status:          DELIVERABLE
Main Business Address:   14 LEONARDVILLE ROAD, MIDDLETOWN, NJ, 07748
Principal Business       14 LEONARDVILLE ROAD,MIDDLETOWN,NJ,07748
Address:
```

## ASSOCIATED NAMES

```
Associated Name:        SRS ENTERPRISES, LLC
Type:                   FC
```

## PRINCIPALS

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | PRESIDENT |
| Name: | SENIA,ROBERT J |
| Address: | 109 RICO DRIVE NORTH, MORGANVILLE, , , US |
| Title: | VICE PRESIDENT |
| Name: | SCHLENKER,RALPH J |
| Address: | 244 NORTHWOODS ROAD, MANHASSET, , , US |
| Title: | VICE PRESIDENT |
| Name: | ROSE,RICHARD  A |
| Address: | 400 SILVERLEAF WAY, MANALAPAN, , , US |
| Title: | MEMBER |
| Name: | KISH,JAMES |
| Address: | 82 CLINTON STREET, APT. 4D, HOBOKEN, , , US |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate)Date: | 2007 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF AGENT AND OFFICE | 2008 |
| ALTERNATE NAME FILING | 2007 |
| ALTERNATE NAME RENEWAL | 2022 |
| ALTERNATE NAME RENEWAL | 2012 |
| ALTERNATE NAME RENEWAL | 2017 |
| Annual Report filing with officer/member change | 2017 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date),

may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.

```
Status Report For:      HVAC SERVICE ASSOCIATES, LLC
Report Date:            2/24/2025
Confirmation Number:    250553622182
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:     0600261188
Business Type:          DOMESTIC LIMITED LIABILITY COMPANY
Status:                 ACTIVE
Original Filing Date:   02/14/2006
Stock Amount:           N/A
Home Jurisdiction:      NJ
Status Change Date:     NOT APPLICABLE
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start Date:   N/A
DOR Suspension End Date:     N/A
Tax Suspension Start Date:   N/A
Tax Suspension End Date:     N/A
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:        FEBRUARY
Last Annual Report Filed:   12/19/2023
Year:                       2024
```

**AGENT/SERVICE OF PROCESS (SOP) INFORMATION**

```
Agent:                    SRS ENTERPRISES OF NJ LLC
Agent/SOP Address:        14 LEONARDVILLE ROAD ,MIDDLETOWN,NJ,07748
Address Status:           DELIVERABLE
Main Business Address:    C/O SRS ENTERPRISES, 2711 HARWAY AVENUE,
                          BROOKLYN, NY, 11214
Principal Business Address:  N/A
```

**ASSOCIATED NAMES**

```
Associated Name:   N/A
Type:              N/A
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | MEMBER |
| Name: | ROSE,RICHARD |
| Address: | 400 SILVERLEAF WAY, MANALAPAN, NJ, 07726 |
| Title: | MEMBER |
| Name: | SENIA,ROBERT |
| Address: | 109 RICO DRIVE NORTH, MORGANVILLE, NJ, 07751 |
| Title: | MEMBER |
| Name: | SCHLENKER,RALPH |
| Address: | 224 NORTHWOODS ROAD, MANHASSET, NY, 11030 |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate) Date: | 2006 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF AGENT AND OFFICE | 2008 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.

| | |
|---|---|
| Status Report For: | SRS RESEARCH LLC |
| Report Date: | 2/24/2025 |
| Confirmation Number: | 250553622182 |

## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

| | |
|---|---|
| Business ID Number: | 0450529017 |
| Business Type: | DOMESTIC LIMITED LIABILITY COMPANY |
| Status: | ACTIVE |
| Original Filing Date: | 08/14/2020 |
| Stock Amount: | N/A |
| Home Jurisdiction: | NJ |
| Status Change Date: | NOT APPLICABLE |

## REVOCATION/SUSPENSION INFORMATION

| | |
|---|---|
| DOR Suspension Start Date: | N/A |
| DOR Suspension End Date: | N/A |
| Tax Suspension Start Date: | N/A |
| Tax Suspension End Date: | N/A |

## ANNUAL REPORT INFORMATION

| | |
|---|---|
| Annual Report Month: | AUGUST |
| Last Annual Report Filed: | 08/26/2024 |
| Year: | 2024 |

## AGENT/SERVICE OF PROCESS (SOP) INFORMATION

| | |
|---|---|
| Agent: | ROBERT SENIA |
| Agent/SOP Address: | 14 LEONARDVILLE ROAD ,MIDDLETOWN,NJ,07748 |
| Address Status: | DELIVERABLE |
| Main Business Address: | 14 LEONARDVILLE RD, MIDDLETOWN, NJ, 07748 |
| Principal Business Address: | N/A |

## ASSOCIATED NAMES

| | |
|---|---|
| Associated Name: | N/A |
| Type: | N/A |

## PRINCIPALS

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | PRESIDENT |
| Name: | Senia,Robert |
| Address: | 14 LEONARDVILLE RD, MIDDLETOWN, , , US |
| Title: | VICE PRESIDENT |
| Name: | Rose,Richard |
| Address: | 14 LEONARDVILLE RD, MIDDLETOWN, , , US |
| Title: | VICE PRESIDENT |
| Name: | Schlenker,Ralph |
| Address: | 14 Leonardville Rd, Middletown, , , US |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate)Date: | 2020 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| Annual Report Filing with address change | 2021 |
| Annual Report filing with officer/member change | 2021 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents

available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.