# EXHIBIT F

| DATE | CUSTOMER | SRS PO# | DESCRIPTION | AMOUNT | | |
|---|---|---|---|---|---|---|
| 11/22/2022 | SRS | 2208-0061-1-C | INDUCTION UNITS | $7,200.00 | | |
| 11/22/2022 | SRS | 1705-0349-3-A | 217 GRILLES | $12,355.00 | | |
| 09/16/2020 | SRS | 1705-0349-2-A | 217 GRILLES | $106,886.13 | | |
| 9/27/2018 | SRS | 1705-0349-1-B | 217 GRILLES | $4,675.00 | | |
| 09/27/2018 | SRS | 1705-0349-1-B-37 | 217 GRILLES | $16,950.68 | | |
| 05/18/2022 | SRS | 1904-0262-9-B | 660 ENCLOSURE | $9,924.00 | | |
| 04/26/2022 | SRS | 1904-0262-9-A | 660 VALVES | $1,191.00 | | |
| 06/14/2022 | SRS | 2206-0222-1-A | COIL | $467.50 | | |
| 04/08/2022 | SRS | 2109-0092-2-A | 1633 INDUCTION UNITS | $4,700.00 | | |
| 01/12/2022 | SRS | 2003-0012-4-B | GEFFEN HALL CONTROLS | $92,059.30 | | |
| 11/4/21 | SRS | 2006-0411-1-T | PIQCV Valves ... | $18,282.60 | | Childrens Zone K-4 Charter Sendero Verde |
| 1/13/22 | SRS | 2108-0065-1-B | 46 belimo valves | $9,037.80 | | Lever House - Project 200272-01 |
| 2020 | SRS | 1807-00291A04 | 825 INDUCTION UNITS | $3,208,333.33 | | |
| 2020 | SRS | 1807-00291B05 | 825 GRILLES | $575,000.00 | | |
| 2019 | SRS | 1705-0349-1 | 217 GRILLES | $1,000,000.00 | ESTIMATED, | |
| 10/01/2020 | SRS | 1904-0262-1 | 660 GRILLES | $2,300,000.00 | ESTIMATED, | |
| 2018 | SRS | | 675 INDUCTION UNITS | $500,000.00 | ESTIMATED, | |
| 2019 | SRS | | 733 INDUCTION UNITS | $500,000.00 | ESTIMATED, | |
| 2018 | SRS | | 675 GRILLES | $300,000.00 | ESTIMATED, | |
| 2019 | SRS | | 733 GRILLES | $300,000.00 | ESTIMATED, | |
| 08/20/2021 | | 2106-0295-1-A | 2 PENN PLAZA | $5,970,149.25 | | |
| | | | | | | |
| | | | | **$14,937,211.59** | **TOTAL** | |