# EXHIBIT A

**From:** Blum, Matthew S. <mblum@rosenbergestis.com>
**Sent:** Wednesday, January 22, 2025 11:23 AM
**To:** Melzer, Jason <JMelzer@coleschotz.com>; Min, Jay H. <jmin@rosenbergestis.com>
**Subject:** Re: Tecspec

 External email

Jason, prepping for tomorrow, I'm told that Josh has still not been paid in full. Please have your client wire $1,289.78 to Josh before end of day today, before we meet tomorrow.

We will also be filing our response to all outstanding requests later today in anticipation of tomorrow's conference.

**Matthew S. Blum**

T: +1 (212) 551-8459
mblum@rosenbergestis.com
733 Third Avenue, New York, NY 10017

2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify us immediately.

Important Notice: Always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

68430/0001-50003489