# EXHIBIT B

Domestic High Value (Wire)
Payment Category: Urgent/Wire
Status: Processing By Bank
Transaction ID:
File Import ID:

## Debit Account Information

Debit Bank:
Debit Account:
Debit Account Name: TECSPEC LLC
Debit Currency: USD

## Beneficiary Details

Beneficiary Name: Joshua Donnolo
Beneficiary Address: 321 W24th St 6H
Beneficiary City: New York
Beneficiary Postal Code: 10011
Beneficiary Country: US - United States of America

## Payment Details

Credit Currency: USD
Credit Amount: 1,289.78

## Optional Information



**Tina Martinelli**
Office Manager/Accts Payable

c. 845.264.8801
o. 718.714.4242 x.207

tmartinelli@srs-enterprises.com

**New Jersey** 14 Leonardville Rd., Middletown, NJ 07748
**Long Island** Suite 200 Stonehinge Lane, Carle Place, NY 11514
**Brooklyn** 2711 Harway Avenue, Brooklyn, NY 11214

 **SRS** Linecard