**COLE SCHOTZ** P.C.

1325 Avenue of the Americas, 19th Floor
New York, NY 10019
212-752-8000    212-752-8393  fax

New Jersey
—
Delaware
—
Maryland
—
Texas
—
Florida

Jason R. Melzer
Member
Admitted in NJ and NY

Reply to New York Office
Writer's Direct Line: 201.525.6313
Writer's Direct Fax: 201.678.6313
Writer's E-Mail: JMelzer@coleschotz.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: **5/30/2025**

May 28, 2025

Application GRANTED.  Counterclaim Defendants'
deadline to reply in further support of the motion to
dismiss is extended *nunc pro tunc* to **June 10, 2025**.

The Clerk of Court is directed to terminate ECF No.
142.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: May 30, 2025

**VIA ECF**

The Honorable Jennifer H. Rearden, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    ***Tecspec LLC, et al. v. Michael Donnolo, et al.***
>        **Civil Action No. 24 Civ. 8077 (JHR)**

Dear Judge Rearden:

This office represents Plaintiffs and Counterclaim Defendants in the above-captioned matter. We write to seek a brief extension of time for Counterclaim Defendants to submit their reply brief in further support of their motion to dismiss [ECF 134] from May 29, 2025 to June 10, 2025.  Counsel for Defendants and Counterclaim Plaintiffs have consented to this adjournment.

As always, we thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Jason R. Melzer*

Jason R. Melzer

JRM: ahw

cc:    Matthew S. Blum, Esquire (Via ECF)
       Jay H. Min, Esquire (Via ECF)

coleschotz.com