UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TECSPEC, LLC et al.,

          Plaintiffs,

v.

MICHAEL DONNOLO et al.

          Defendants.

Civil Action No.: 1:24-cv-08077-JHR

**NOTICE OF APPEARANCE OF COUNSEL**

TO:    Clerk of the Court and all parties of record.

I am admitted to practice in this court, and I appear in this case as counsel of record for Counterclaim Defendant Christina Senia.

.

**LIPSKY PORTALES, P.A.**
Attorneys for Plaintiff

Dated:  November 3, 2025

    */s/ Sean M. Lipsky*
Sean M. Lipsky, Esq.
150 River Road, Suite A3
Montville, New Jersey 07045
(201) 232-7814
sean@lipskyportales.com