

390 Madison Avenue, 12th Floor
New York, New York 10017
(646) 746-2000

www.btlaw.com

Joseph A. Matteo
Partner
(646) 746-2023
Joseph.Matteo@btlaw.com

December 1, 2025

*VIA ECF*

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Tecspec LLC, et al. v. Michael Donnolo, et al.*,
    Civil Action No. 24-cv-8077-JHR-RWL

Dear Judge Lehrburger:

    We represent defendants and counterclaimant plaintiffs (collectively, "Defendants") in the above-referenced action and write with the permission of counsel to plaintiffs and counterclaim defendants (collectively, "Plaintiffs") to submit the attached proposed Protective Order for the Court's consideration, together with a redline reflecting the parties' proposed changes to the Court's model Protective Order.

    Pursuant to this Court's November 18, 2025 minute order (ECF No. 201), these changes incorporate "the AEO provision" as "modified to conform to the exceptions outlined by Defendants in their letter of November 17, 2025."

    The parties jointly and respectfully request that Court enter the attached proposed Protective Order.

Respectfully submitted,

Joseph A. Matteo

Enclosures

Cc: Counsel of record (via ECF)

Atlanta   Boston   California   Chicago   Delaware   Indiana   Michigan   Minneapolis   Nashville   New Jersey
New York   Ohio   Philadelphia   Raleigh   Salt Lake City   South Florida   Texas   Washington, D.C.