

Jason R. Melzer
Member
Admitted in NJ and NY

Reply to New York Office
Writer's Direct Line: 201.525.6313
Writer's Direct Fax: 201.678.6313
Writer's E-Mail: JMelzer@coleschotz.com

1325 Avenue of the Americas, 19th Floor
New York, NY 10019
212-752-8000    212-752-8393  fax

New Jersey

Delaware

Maryland

Texas

Florida

December 11, 2025

**VIA ECF**

The Honorable Robert W. Lehrburger, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1960
New York, NY 10007-1312

SO ORDERED:
12/11/2025
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

      Re:    *Tecspec LLC, et al. v. Michael Donnolo, et al.*
              **Civil Action No. 24 Civ. 8077 (JHR)**

Dear Judge Lehrburger:

      This office represents Plaintiffs and Counterclaim Defendants Ralph Schlenker, Robert Senia, Richard Rose, SRS Enterprise Inc., SRS Enterprises NJ LLC, HVAC Service Associates Inc., and SRS Research LLC (the "Tecspec Parties"), as well as Counterclaim Defendant Numa Products LLC.

      Counsel for Counterclaim Plaintiffs Braya Concepts LLC, Braya Machine Company LLC, Braya Systems LLC, Braya Ventures LLC, John Michael Long, Joshua Donnolo, and Michael Donnolo (the "Braya Parties") has informed us and counsel for Counterclaim Defendant Christina Senia that they shortly intend to move for leave to amend the Counterclaims. As such, the parties respectfully request that the Counterclaim Defendants' time to respond to the Counterclaims be adjourned until the Braya Parties' motion for leave to amend has been fully briefed and decided.

      As always, we thank the Court for its time and attention to this matter.

                                              Respectfully submitted,

                                              */s/ Jason R. Melzer*

                                              Jason R. Melzer