UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECSPEC LLC, et al.,<br><br>        Plaintiffs,<br><br>   -v-<br><br>MICHAEL DONNOLO, et al.,<br><br>        Defendants. | 24-cv-8077 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

This case was officially re-assigned to the undersigned on January 13, 2026. It is the practice of this Judge to supervise all pre-trial matters personally. Accordingly, the order of Judge Rearden dated November 4, 2024, referring the case to Magistrate Judge Lehrburger for all pre-trial purposes, is hereby vacated. ECF No. 32.

    SO ORDERED.

New York, NY
January 13, 2026

                                                          
JED S. RAKOFF, U.S.D.J.