UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
TECSPEC LLC, et al.,

          Plaintiffs,

     -v-

MICHAEL DONNOLO, et al.,

          Defendants.
```

24-cv-8077 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before this case was reassigned to the undersigned Judge, the Counterclaim Plaintiffs filed their Answer on March 27, 2025. ECF No. 110. The Counterclaim Defendants moved to dismiss on May 8, 2025. ECF No. 134. Following transfer, the Court granted leave to amend, and the Counterclaim Plaintiffs filed their Amended Answer on February 4, 2026. ECF No. 209. The Counterclaim Defendants' deadline to move to dismiss the Amended Answer was February 11, 2026. ECF No. 208.

That date has now passed, and the Counterclaim Defendants did not move to dismiss the Amended Answer. Instead, they filed Answers to the Counterclaims. See ECF Nos. 210, 211. Accordingly, no motion to dismiss remains pending before the Court. The Clerk's Office is respectfully directed to close ECF No. 134.

SO ORDERED.

New York, NY
February __12__, 2026

_____
JED S. RAKOFF, U.S.D.J.